# EXHIBIT A

## RE: LIV / JW - Onboarding

### Kapil Bisht <dev.ind@livworldwide.com>

Thu 7/25/2019 10:59 PM

To: Alexandra Szulc <aszulc@juiceworldwide.com>
Cc: James Finlay <jfinlay@juiceworldwide.com>; Nadeem Sham <nadeem@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; apoorva <apoorva@livworldwide.com>

HI Alex,

Sorry for the delayed response. It took some time to assess the problem.

Please find the below link of rectified sample file for approval.

Episode 37 (I WILL NEVER LET YOU GO) – Timeline 30.01 -
https://www.dropbox.com/s/7fkp0spc4eoypru/Sample.mov?dl=0

In case you find some issues with sample file, please take screenshots, that helps a lot to identify and rectify problems quickly.

Please let us know your comments to proceed further.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



---

**From:** Alexandra Szulc <aszulc@juiceworldwide.com>
**Sent:** Tuesday, July 16, 2019 8:24 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>; Nadeem Sham <nadeem@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hello,

Unfortunately file corruption is still present in these two new files.

Are there any sources available? We won't be able to deliver the corrupt files to iTunes.

Thanks!
Alex

**Alexandra Szulc**
*Senior Project Coordinator*
**(O) 905 614-4400 x 44956 | ASzulc@juiceworldwide.com**

TORONTO | 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES | 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

**From:** Alexandra Szulc
**Sent:** July 9, 2019 11:28:35 AM
**To:** Kapil Bisht
**Cc:** James Finlay; Nadeem Sham; Farheen Vencapah; apoorva
**Subject:** Re: LIV / JW - Onboarding

Thank you! I've passed these on to our team for review.

Alex

**Alexandra Szulc**
*Senior Project Coordinator*
**(O) 905 614-4400 x 44956 | ASzulc@juiceworldwide.com**

TORONTO | 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES | 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** July 9, 2019 10:47:56 AM
**To:** Alexandra Szulc
**Cc:** James Finlay; Nadeem Sham; Farheen Vencapah; apoorva
**Subject:** RE: LIV / JW - Onboarding

Hi Alex,

Thanks for updating on Legend of Hao Lan.

Please find the attached screenshots taken while comparing error as per below mail with Original Masters. These errors are not in Original Master and must be occurred while copying it. Therefore please find the below link for episodes.

Episode 36 –   https://www.dropbox.com/s/zi9xk6r6cbv9ek2/P-PRP-IWILLNEVERLET_36-M2-CFFR10523085.mov?dl=0

Episode 37 –   https://www.dropbox.com/s/ceua98v701v52xp/P-PRP-IWILLNEVERLET_37-M2-CFFR10523086.mov?dl=0

Note:-Links will expire after 13 July 19

Please let us know in case of any query.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com

LIV WORLDWIDE

---

**From:** Alexandra Szulc <aszulc@juiceworldwide.com>
**Sent:** Tuesday, July 9, 2019 3:05 AM
**To:** Kapil Bisht <dev.ind@livworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>; Nadeem Sham <nadeem@livworldwide.com>; Farheen

Vencapah <farheen@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hi Kapil,

I hope you are well!

I wanted to pass along this quality control note for the show I WILL NEVER LET YOU GO.

Our Quality Control team came across corruption in episodes 136 and 137. Screenshots of the visible corruption are below. We will not be able to deliver these as-is to iTunes - we will require resupplies of these two episodes.





Let me know if there are any questions!

Thanks!
Alex

**Alexandra Szulc**
*Senior Project Coordinator*
**(O) 905 614-4400** x **44956** I **ASzulc@juiceworldwide.com**

TORONTO I 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES I 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

---

**From:** Alexandra Szulc
**Sent:** July 3, 2019 2:55:21 PM
**To:** Kapil Bisht
**Cc:** James Finlay; Nadeem Sham; Farheen Vencapah
**Subject:** Re: LIV / JW - Onboarding

Hi all,

Just an update here - the first series LEGEND OF HAO LAN has been delivered to iTunes!

We will be working on MARTIAL UNIVERSE S1 AND S2, as well as I WILL NEVER LET YOU GO in the coming week. I will provide updates, and I will let you know if anything else is required from you.

Thanks!
Alex

## Alexandra Szulc
*Senior Project Coordinator*
**(O) 905 614-4400 x 44956 |** ASzulc@juiceworldwide.com

TORONTO | 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES | 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** June 27, 2019 1:08:33 AM
**To:** Alexandra Szulc
**Cc:** James Finlay; Nadeem Sham; Farheen Vencapah
**Subject:** [SPAM]:FW: LIV / JW - Onboarding

Hi Alex,

Please find the attached subtitle for Legend of Hao Lan.

Also in the attached screenshots maximum two line per subtitle are visible. Therefore, please clarify on four lines in subtitle.

Will prioritize Legend as per your request.

Best Regards,
Kapil Bisht cl
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com

LIV WORLDWIDE

---

**From:** Alexandra Szulc <aszulc@juiceworldwide.com>
**Sent:** Wednesday, June 26, 2019 11:40 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; James Finlay <jfinlay@juiceworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hi Kapil,

Thank you for sending these through.

Our ingest team noticed that all of the subtitle files for **Legend of Hao Lan** have **4 lines** however the platforms require no more than **2 lines** in a single subtitle.

Can you possibly re-supply the subtitles so they meet this platform specification?

Further specifications are below if needed!

## Subtitles Specifications

Juice accepts subtitle files in a variety of formats depending on the type of platform they are to be used for.

In addition to providing your subtitles in one of the formats listed above please be sure that your file meets the requirements listed below, files that do not meet these requirements will be rejected:

- Subtitles must be under 400 WPM.
- Subtitles must have a minimum duration of 13 frames and a maximum of 11 seconds.
- Subtitles should not contain illegal characters.
- **No more than 2 lines are allowed in a single subtitle**.
- Placement information is required. Subtitles must respect existing on-screen text by moving to either the top or the bottom of the screen as required. Overlapping subtitles will be rejected.
- Subtitles must line up to the video master provided.

We're prioritizing **Legend of Hao Lan** so if those could be fixed first, that would be very helpful. But we will need this as well for all of the shows.

Let me know if you have any questions!

Thanks!
Alex

**Alexandra Szulc**
*Senior Project Coordinator*
**(O) 416 598 4353 x 319  |  ASzulc@juiceworldwide.com**

TORONTO | 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES | 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** June 24, 2019 4:00:20 PM
**To:** Alexandra Szulc; Farheen Vencapah; James Finlay
**Cc:** Nadeem Sham; apoorva
**Subject:** [SPAM]:RE: LIV / JW - Onboarding

Hi Alex,

Please find the attached Martial Universe season 1 subtitles.

Kindly check and update whether these attached set of subtitles are working with MacCaption?

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



**From:** Alexandra Szulc <aszulc@juiceworldwide.com>
**Sent:** Monday, June 24, 2019 8:59 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; James Finlay <jfinlay@juiceworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Thanks for sending over the synopses!

Our team has taken a look at the supplied .srt subtitles, and unfortunately they do not appear to be formatted correctly. When we check the format in comparison to other .srt files, they seem to have too many blank separating lines. This is resulting in MacCaption not being able to read them properly.

Would it be possible to re-supply the subtitles in proper format?

Please let me know if you have any questions!

Thanks!
Alex

**Alexandra Szulc**
*Senior Project Coordinator*
**(O) 416 598 4353 x 319  |  ASzulc@juiceworldwide.com**

TORONTO | 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES | 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

JUICEWORLDWIDE.COM

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** June 21, 2019 2:25:56 PM
**To:** Alexandra Szulc; Farheen Vencapah; James Finlay
**Cc:** Nadeem Sham; apoorva
**Subject:** RE: LIV / JW - Onboarding

Dear Alexandra,

Apologies for blank mail.

Please note the below season level synopsis for each series.

Martial Universe :-
Season 1 - Lin Dong comes across a stone talisman with magical powers, life will never be the same again. His adventures help him to hone his skills as a martial artist, to keep a demon sect from taking over the world.
Season 2 - Demon Yimo survives and the search for the two remaining talismans continue. A final battle awaits Lin Dong and his former friend Lin Lang Tian, who has been overcome by his greed for power.

Legend of Hao Lan - The series is set during the Warring States period, Li Hao Lan is forced out of her own home and sold as a slave. Will she be able to rise to her own success and become the Empress Dowager?

I Will Never Let You Go – A young wanderer with good business sense fall in love with the masked hero. When she revealed to be the Royal Maiden various enemies hunt her down. She then lives life on the run and meets her savior who turns out to be the ambitious prince that wants to take the throne.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



---

**From:** Kapil Bisht
**Sent:** Friday, June 21, 2019 11:48 PM
**To:** 'Alexandra Szulc' <aszulc@juiceworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; James Finlay <jfinlay@juiceworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** RE: LIV / JW - Onboarding

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



---

**From:** Alexandra Szulc <aszulc@juiceworldwide.com>
**Sent:** Friday, June 21, 2019 10:37 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; James Finlay <jfinlay@juiceworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hi Kapil,

Thank you very much for sending these metadata documents through!

Apologies for not including this field, but could you kindly also send us a season-level synopsis for each TV show as well? (ie. a synopsis to describe each season overall).  This can be 249 characters or less.

We would a season-level synopsis for each of these:

Legend of Hao Lan - Season 1
Martial Universe - Season 1
Martial Universe - Season 2
I Will Never Forget You - Season 1

Also, thank you for confirming that the assets are the best source available.

Thanks!
Alex

**Alexandra Szulc**

**Senior Project Coordinator**
(O) 416 598 4353 x 319  |  **ASzulc@juiceworldwide.com**

TORONTO | 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES | 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** Friday, June 21, 2019 9:31:56 AM
**To:** Alexandra Szulc; Farheen Vencapah; James Finlay
**Cc:** Nadeem Sham; apoorva
**Subject:** RE: LIV / JW - Onboarding

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Hi Alexandra/ James,

It's great to e-meet you too!

Please find the attached metadata for CN Series as per requirement.

Kindly note sent A/V asset is copied from the original Master. We have rechecked the scenes, it is also in the original file. Therefore, it is the best available source and we would request you to proceed with it.

If you require any further information, feel free to contact.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com

LIV WORLDWIDE

**From:** Alexandra Szulc <aszulc@juiceworldwide.com>
**Sent:** Thursday, June 20, 2019 9:48 PM
**To:** Farheen Vencapah <farheen@livworldwide.com>; James Finlay <jfinlay@juiceworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; apoorva <apoorva@livworldwide.com>; Kapil Bisht <dev.ind@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hello Farheen and team,

It's great to e-meet you! I'm looking forward to working with you on these projects!

Thank you for sending over the hard drives. Confirming that we received the drives containing **MARTIAL UNIVERSE - SEASON 1**, **MARTIAL UNIVERSE - SEASON 2**, **LEGEND OF HAO LAN**, and **I WILL NEVER LET YOU GO**.

We also received the Google Drive links with the English subtitles and artwork.

Can you please confirm if the A/V assets you have sent are the best quality sources available? Our ingest team has noticed some ghosting in the episodes for **LEGEND OF HAO LAN**, so I will just need your confirmation before we can proceed with full processing that these are the best source. I have attached screenshots for your reference.

If you have any questions, please let me know!

Thanks!
Alex

**Alexandra Szulc**
*Senior Project Coordinator*
(O) 416 598 4353 x 319  I  **ASzulc@juiceworldwide.com**

TORONTO I 60 Adelaide Street East, Suite 600, Toronto, ON M5C 3E4
LOS ANGELES I 3900 West Alameda Avenue, Suite 1700, Burbank, CA 91505

**JUICEWORLDWIDE.COM**

---

**From:** Farheen Vencapah <farheen@livworldwide.com>
**Sent:** Thursday, June 20, 2019 7:36:32 AM
**To:** James Finlay; Alexandra Szulc
**Cc:** Nadeem Sham; apoorva; Kapil Bisht
**Subject:** Re: LIV / JW - Onboarding

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

Hi James and Alex,

It's a pleasure to e-meet you.

Kindly find attached the Accounting information, along with the requested W8 form and Bank letter.

Kapil will be sending the Metadata shortly.

Please do not hesitate to reach out for any questions.

Best regards,
Farheen Vencapah
SVP - Global Business
Mobile: 00 (230) 59059536
Email: farheen@livworldwide.com
Website: www.livworldwide.com
Liv Worldwide

---

**From:** James Finlay <jfinlay@juiceworldwide.com>
**Sent:** 19 June 2019 15:53
**To:** Kapil Bisht
**Cc:** Nadeem Sham; Farheen Vencapah; apoorva; Alexandra Szulc
**Subject:** Re: LIV / JW - Onboarding

Hi Kapil,

I'd like to introduce you to my colleague Alex who will be managing your account with us.

You should have received an invitation to create an account in JuiceBox, let me know if you have any trouble getting set-up. As we begin to work on your series their production status and metadata will be visible within a project profile.

To help get us started I've attached the following documents that we'll need completed:
- Accounting Set-Up Form:
    - Kindly note that we cannot bill third party companies for any work performed by Juice. When filling out the Tax Form, the details should mat
    - ch the information in the contract / you submitted to our portal - for instance "Legal Name" should be "[COMPANY NAME]", and so on. You can find below the instructions to fill out the tax form (NR301):
    - On Part 1, please fill out the corporation name as per our agreement.
      On Part 2, please fill out your business address.
      On Part 3, please fill out your business number/EIN.
      On Part 4, please check the second box (Corporation)
      On Part 5, if you have a Canadian tax ID please fill out this field. If not, leave it blank.
      On Part 6, please write down your country of residence.
      On Part 7, please check the first box (Royalties).
      On Part 8, please sign and date.
    - In addition, we also require a void cheque and a completed W8 or W9 form along with the above tax form.
    - W8:
      https://www.irs.gov/pub/irs-pdf/fw8ben.pdf (Individuals)
      https://www.irs.gov/pub/irs-pdf/fw8bene.pdf
      (Entities)
      W9:
      https://www.irs.gov/pub/irs-pdf/fw9.pdf

- TV Metadata Template - please fill in all columns that are marked in green. I've included a sample series for reference.

Can you confirm that all the subtitles we'll require can be found via this download link: https://drive.google.com/drive/folders/1LNDjfY8DTmUTQysvob06SqtnJ94WNAdu?usp=sharing

Can you confirm that all artwork can be found via this download link:
https://drive.google.com/open?id=1iizkZW0dN4p-nbiuqvMrpQgWOtvy7p8u (2 options of layered psd)

Best,

James

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** June 18, 2019 12:55 PM
**To:** James Finlay
**Cc:** Nadeem Sham; Farheen Vencapah; apoorva
**Subject:** RE: LIV / JW - Onboarding

Hi James,

ETA will be on Wednesday, June 19.
Please note the Dhl awb no. is 8614795254.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



---

**From:** James Finlay <jfinlay@juiceworldwide.com>
**Sent:** Tuesday, June 18, 2019 9:00 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hi Kapil,

Thanks for confirming.

Do you have an ETA on when the Hard Drive is due to arrive?

Best,

James

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** June 16, 2019 6:39 AM
**To:** James Finlay
**Cc:** Nadeem Sham; Farheen Vencapah; apoorva
**Subject:** RE: LIV / JW - Onboarding

Hi James,

Please note the below address-

LIVN Worldwide LTD.
Avenue Talipots, Quatre Bornes, Mauritius.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



---

**From:** James Finlay <jfinlay@juiceworldwide.com>
**Sent:** Saturday, June 15, 2019 10:32 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Cc:** Nadeem Sham <nadeem@livworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>
**Subject:** Re: LIV / JW - Onboarding

Hi Kapil,

Can I grave LIV Worldwide's full corporate name and address?

Best,

James

---

**From:** Kapil Bisht <dev.ind@livworldwide.com>
**Sent:** June 12, 2019 10:57 PM
**To:** James Finlay; apoorva
**Cc:** Nadeem Sham; Farheen Vencapah
**Subject:** RE: LIV / JW - Onboarding

Hi James,

Nice to e-meet you too.

Well noted on the requirements and address for delivery.

I will manage the material coordination, please proceed with setting up the account.

Best Regards,
Kapil Bisht
Business Development - India
M: +91-9643418842
E : dev.ind@livworldwide.com
W: www.livworldwide.com



---

**From:** James Finlay <jfinlay@juiceworldwide.com>
**Sent:** Wednesday, June 12, 2019 11:57 PM
**To:** Kapil Bisht <dev.ind@livworldwide.com>; apoorva <apoorva@livworldwide.com>
**Subject:** LIV / JW - Onboarding

Hi Kapil and Apoorva,

Nice to e-meet you. I'm starting another chain to make it easier for us to track the deliverables. Let me know if you have any questions!

You can find a detailed breakdown of our specifications in our Asset Guide.

We require:
- Video: ProRes 422 HQ
- Audio: 5.1 surround & 2.0 stereo
- Subtitles: .STL
- Artwork: 3000 x 3000 series / season level art - layered .PSD

Please let me know who from your team will be managing the materials coordination, I will set them up with an account to our media asset management system JuiceBox. Following that I'll provide a metadata form that will need to be completed.

Please ship the drive to the following address:
Juice Worldwide
60 Adelaide St. E #600

Toronto, Ontario, Canada M5C 3E4  
ATTN: James Finlay

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**This email and the information contained herein is proprietary and confidential and subject to the Amdocs Email Terms of Service, which you may review at https://www.amdocs.com/about/email-terms-of-service**

**This email and the information contained herein is proprietary and confidential and subject to the Amdocs Email Terms of Service, which you may review at https://www.amdocs.com/about/email-terms-of-service**

**This email and the information contained herein is proprietary and confidential and subject to the Amdocs Email Terms of Service, which you may review at https://www.amdocs.com/about/email-terms-of-service**

**This email and the information contained herein is proprietary and confidential and subject to the Amdocs Email Terms of Service, which you may review at https://www.amdocs.com/about/email-terms-of-service**