# EXHIBIT B

Re: New Content Presentation Documents for Sales

Andrew Buck <abuck@juiceworldwide.com>
Wed 7/31/2019 5:03 PM
To: Nadeem Sham <nadeem@livworldwide.com>
Cc: James Finlay <jfinlay@juiceworldwide.com>; Jordan Paul <jpaul@vubiquity.com>; Justine Mossman <jmossman@juiceworldwide.com>; Farheen Vencapah <farheen@livworldwide.com>

Hi Nadeem,

We cannot put content live until we have the agreement executed - so we're in a holding pattern.

The missing insurance may be a deal breaker, so we need to discuss either on a call or via email.

Please advise on preferred approach and associated availability.

Best,

Andrew


**From:** Andrew Buck <abuck@juiceworldwide.com>
**Date:** Thursday, July 18, 2019 at 2:01 PM
**To:** Farheen Vencapah <farheen@livworldwide.com>, Nadeem Sham <nadeem@livworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>, Jordan Paul <jpaul@vubiquity.com>, Justine Mossman <jmossman@juiceworldwide.com>
**Subject:** Re: New Content Presentation Documents for Sales

Hi Farheen and Nadeem,

Quick follow up on the below. I'm OOO next week, so please connect with Jordan to discuss next steps in an effort to wrap up this agreement.

Best,

Andrew


**From:** Andrew Buck <abuck@juiceworldwide.com>
**Date:** Monday, July 15, 2019 at 3:33 PM
**To:** Farheen Vencapah <farheen@livworldwide.com>, Nadeem Sham <nadeem@livworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>, Jordan Paul <jpaul@vubiquity.com>, Justine Mossman <jmossman@juiceworldwide.com>
**Subject:** Re: New Content Presentation Documents for Sales

Hi Farheen,

I hope you're well. Are you able to jump on a call this week to wrap up the contract? How is tomorrow or Wednesday?

We've had some feedback from our new parent, Amdocs and a call is probably easiest.

Season 1 of the Legend of Hao Lan has been delivered to iTunes, but is not yet turned on /cleared for sale pending the execution of the deal. Once signed we can clear for sale and continue with further deliveries.

Please suggest some available times and Justine will help us arrange a call.

Best,

Andrew

---

**From:** Jordan Paul *Internet* <jpaul@vubiquity.com>
**Date:** Thursday, June 20, 2019 at 2:27 PM
**To:** Andrew Buck *Internet* <abuck@juiceworldwide.com>, Farheen Vencapah <farheen@livworldwide.com>, Nadeem Sham <nadeem@livworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>, Joshua Rosenblatt *Internet* <jrosenblatt@vubiquity.com>
**Subject:** RE: New Content Presentation Documents for Sales

Farheen,

Please see the attached revised CLA and redline against the 6/12 version we previously circulated incorporating the below to the extent possible. Note, we still need your full corporate name, country/province of jurisdiction, and corporate address.

Regarding your comments concerning insurance, our parent company was concerned about your lack of E&O coverage and wanted to know what policies you have in place to cover IP infringement claims regarding the content you are licensing to us.

Thank you and please let me know if you have any questions.

Regards,

Jordan

**Jordan Paul**
Vice President, Business & Legal Affairs
Tel: 818.526.5285 **|** Cell: 917.355.9452
jpaul@vubiquity.com



---

**From:** Andrew Buck
**Sent:** Wednesday, June 19, 2019 12:22 PM
**To:** Farheen Vencapah <farheen@livworldwide.com>; Nadeem Sham <nadeem@livworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>; Joshua Rosenblatt <jrosenblatt@vubiquity.com>; Jordan Paul <jpaul@vubiquity.com>
**Subject:** Re: New Content Presentation Documents for Sales

Hi Farheen,

Jordan will have an updated redline to you within the next 24 hours.

Best,

Andrew

**From:** Farheen Vencapah <farheen@livworldwide.com>
**Date:** Wednesday, June 19, 2019 at 2:08 PM
**To:** Nadeem Sham <nadeem@livworldwide.com>, Andrew Buck <abuck@juiceworldwide.com>
**Cc:** James Finlay <jfinlay@juiceworldwide.com>, Joshua Rosenblatt <jrosenblatt@vubiquity.com>, Jordan Paul <jpaul@vubiquity.com>
**Subject:** Re: New Content Presentation Documents for Sales

Hi Andrew,

Hope you're doing well.

Would you kindly have an update on the agreement as per below comments.

Best regards,

Farheen Vencapah
SVP - Global Business
Mobile: 00 (230) 59059536
Email: farheen@livworldwide.com
Website: www.livworldwide.com
Liv Worldwide

**From:** Nadeem Sham
**Sent:** 14 June 2019 04:23
**To:** Andrew Buck
**Cc:** Farheen Vencapah; James Finlay; Joshua Rosenblatt; Jordan Paul
**Subject:** Re: New Content Presentation Documents for Sales

Hi Andrew,

Thanks I reviewed it and a few changes I need which I will write here rather than edit the agreement for better understanding.

As we have already made some sales, the rights we can give are as follows:

**ALL Rights which include Digital rights, Television (including Satellite/Cable/FTA) and all other rights.**

**Western Europe:**

**Exclusive Dub language versions (English, Spanish, Portuguese, German) if any of your licensee wants to do this.**

**Non-exclusive Original language (Chinese) with any language subtitles.**

**North America/Latam:**

**Non-exclusive Original language (Chinese) with any language subtitles.**

**(Dubbing rights have been sold already except for German language to a US-based Satellite TV provider which has a holdback on dub version for digital).**

Therefore, please edit the License Grant and Territory accordingly.

Additional points:
1(d) is okay and if we can add 1(e) "Licensee will use reasonable efforts to secure license fee based deals where possible."

4. Licensed titles: remove RUYI for now, let's do a test with the 3 action titles.

8. Remove the last sentence in Licence Fees as we have no Permanent Establishment in the territory so no WHT is applicable.
Also remove this sentence from Clause 9.

Standard Terms: Insurance: Please remove this clause as our E&O policy only covers our own productions, not acquired content. However, you shall be protected under your own Commercial Liability policy and we can add "Licensor will indemnify Licensee in the event of any claim by third party with regards to Errors & Omissions or any mis-representation made by Licensor".

Once these points are sorted, we are clear to go.

Best wishes,
Nadeem

---

**From:** Andrew Buck <abuck@juiceworldwide.com>
**Sent:** 13 June 2019 20:10
**To:** Nadeem Sham
**Cc:** Farheen Vencapah; James Finlay; Joshua Rosenblatt; Jordan Paul
**Subject:** Re: New Content Presentation Documents for Sales

Hi Nadeem,

Draft agreement attached for your review.

All the best,

Andrew

---

**From:** Nadeem Sham <nadeem@livworldwide.com>
**Date:** Tuesday, June 11, 2019 at 11:36 PM
**To:** Andrew Buck <abuck@juiceworldwide.com>
**Cc:** Farheen Vencapah <farheen@livworldwide.com>, James Finlay <jfinlay@juiceworldwide.com>, Joshua Rosenblatt <jrosenblatt@vubiquity.com>
**Subject:** Re: New Content Presentation Documents for Sales

Hi Andrew,

We are okay with the terms and await the draft agreement.

Meanwhile, if you require the materials faster, it is better that we dispatch it to you via courier.

Note: we will dispatch the Master Files so you can encode as needed for each platform. English SRTs will be provided on a link. (We are not doing the dubbing, it is the TV Channel doing it for North America/Latam so we will only provide subtitles). However, if any Europe client wants the dubbing rights, we can give that.

Now regarding the marketing, as this will now be your content, please do ensure the series like Martial Universe are promoted so that the production value is evident. (there are very few series that can match this level of high-impact storylines, visuals and VFX).

The deal can cover the Americas plus Europe - with hunting license.

Let me know the address to dispatch and we can get the hard drives prepared.

Best wishes,

**Nadeem Sham**
*CEO*
**LIV WORLDWIDE**
**M: +230 5925 5858**
**E:** Nadeem@livworldwide.com

www.livworldwide.com

**From:** Andrew Buck <abuck@juiceworldwide.com>
**Sent:** 11 June 2019 22:05
**To:** Nadeem Sham
**Cc:** Farheen Vencapah; James Finlay; Joshua Rosenblatt
**Subject:** Re: New Content Presentation Documents for Sales

Hi Nadeem,

Thank you for the quick reply.

I'd like to propose the following:

• 35% distribution fee against Gross Revenue
• All rights (TVOD, SVOD, AVOD, etc.) for the available territories (North America and Europe) with subs only or dubs and subs if already created and available – (we will not be originating new dubs or subs)
• We do not handle marketing, but we will work with the platforms to secure placement
• Hunting license to be part of the deal
• 3 year term

Assuming these points are agreeable, we'll get you our standard terms for review.  I would like to start receiving the content in the background while we finalize the paperwork if that works for you.

I look forward to your feedback!  Thank you Nadeem.

Best,

Andrew


**From:** Nadeem Sham <nadeem@livworldwide.com>
**Date:** Tuesday, June 11, 2019 at 1:04 AM
**To:** Andrew Buck <abuck@juiceworldwide.com>, Joshua Rosenblatt <jrosenblatt@vubiquity.com>
**Cc:** Farheen Vencapah <farheen@livworldwide.com>, James Finlay <jfinlay@juiceworldwide.com>
**Subject:** Re: New Content Presentation Documents for Sales

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Hi Andrew,

I am travelling but if we can work on a pure rev share basis, then we can proceed. I can get material delivered to you via your Aspera / Dropbox within a few days. I recommend we start with 4 series.

These are mega-hit and mega-budget series from China and the 4 recommended series have combined production budget of more than 250 Million USD delivering exceptional production quality, visuals, locations, storylines and superb acting.

We will provide the English subtitles SRT.

Please find the trailers and poster with screeners is attached.

**MARTIAL UNIVERSE (2018)** 60 episodes - Mega-budget and Super-Hit series made at a budget of 100 Million USD with powerful visuals, VFX and acting. https://vimeo.com/298940016

**LEGEND OF HAO LAN (2019)** 62 episodes - https://vimeo.com/321663679/a0ae593c03

**I Will Never Let You Go (2019)** 51 episodes - https://vimeo.com/321668631/36f7144cb7

**RUYI (2018)** 87 episodes - Most Expensive series at 2 Million USD per episode and Most Streamed in Asia -

https://vimeo.com/333974901/ae6c00c2ab

We can work out a structure where you handle the marketing and take an extra Rev Share to ensure visibility of the content.

Next, we can give you a 'hunting license' to see which operators across North America would like the content. Note that we also have Europe rights (along with English/Spanish/Portuguese dubbing rights - however we already sold the rights for North America/Latam for the dub versions but you can sell in Europe).

Hope to hear from you soon :)

Best wishes,

**Nadeem Sham**
*CEO*
**LIV WORLDWIDE**
**M: +230 5925 5858**
**E:** Nadeem@livworldwide.com

www.livworldwide.com

---

**From:** Andrew Buck <abuck@juiceworldwide.com>
**Sent:** 10 June 2019 19:16
**To:** Nadeem Sham; Joshua Rosenblatt
**Cc:** Farheen Vencapah; James Finlay
**Subject:** Re: New Content Presentation Documents for Sales

Hi Nadeem,

Are you free for a call today?

I might be able to help with your iTunes titles on a rev share basis (no upfront). But we'd need to get them in and delivered before end of June. Let me know.

Best,

Andrew

---

**From:** Nadeem Sham <nadeem@livworldwide.com>
**Date:** Tuesday, December 4, 2018 at 2:33 AM
**To:** Joshua Rosenblatt <jrosenblatt@vubiquity.com>, Andrew Buck <abuck@juiceworldwide.com>
**Cc:** Farheen Vencapah <farheen@livworldwide.com>
**Subject:** New Content Presentation Documents for Sales

Mimecast Attachment Protection was unable to create safe copies of your attachments.

Hi Josh and Andrew,

Hope you're well.

Please find attached:

1. PDF of Big Budget Chinese series of the Action/ Martial Arts / Fantasy genres including adventure, comedy and thrillers sub-genres among others. (with poster, synopsis, trailer links) including Martial Universe which is a 100 Million USD + production with super impressive visuals.

2. PDF of Bollywood Films of various genres (Award-winning and Blockbusters)

Best wishes,

**Nadeem Sham**
*CEO*
**LIV WORLDWIDE**
**M: +230 5925 5858**
**E:** Nadeem@livworldwide.com

www.livworldwide.com


This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.