1
2
3
4
5
6

**AVYNO LAW P.C.**
Jennifer H. Hamilton, Esq. (SBN 220439)
Email: jhh@avynolaw.com
Jan A. Sundberg, Esq. (SBN 169186)
Email: jas@avynolaw.com
Shawn B. Hussain, Esq. (SBN 315872)
Email: sbh@avynolaw.com
6345 Balboa Blvd., Suite 312, Building I
Encino, CA 91316
Tel.: (818) 654-8840
Fax: (818) 332-4205

7

Attorneys for Plaintiff LIVN Worldwide Ltd.

8
9
10

## UNITED STATES DISTRICT COURT

11

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

## WESTERN DIVISION

13
14
15
16
17
18
19
20
21
22

LIVN Worldwide Ltd., a Mauritius limited company,

        Plaintiff,

    vs.

Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive,

        Defendants.

**CASE NO.: 2:21-cv-09589-AB-KS**

Honorable André Birotte Jr.

*EX-PARTE* **APPLICATION TO WITHDRAW AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**

23
24
25
26
27
28

1

*EX-PARTE* **APPLICATION TO WITHDRAW AS COUNSEL**

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2         PLEASE TAKE NOTICE that Jennifer Hamilton, Jan Sundberg,

3    Shawn B. Hussain and Avyno Law P.C. hereby apply to this Court, *ex*

4    *parte*, to withdraw as counsel for Plaintiff LIVN Worldwide Ltd., a Mauritius

5    limited company ("LIVN" or "Plaintiff").

6         This application is based upon the attached memorandum of facts and law

7    the Declaration of Jennifer Hamilton and all other matters subject to judicial

8    notice.

9    Dated:  July 26, 2023               **Avyno Law P.C.**

10

11                              By: /s/ Jennifer Hamilton_____
                                    Jennifer Hamilton
12
                                    Attorneys for Plaintiff
13                                  LIVN Worldwide Ltd.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EX-PARTE* **APPLICATION TO WITHDRAW AS COUNSEL**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

As shown by the Declaration of Jennifer Hamilton ("Hamilton Dec."), attached hereto, Avyno Law P.C. and its attorneys has irreconcilable differences with LIVN on how to proceed with this litigation and discovery matters related thereto causing an irreconcilable breakdown in the attorney client relationship.

Notice of this Ex-Parte Motion was given to opposing counsel, orally and via email, in accordance with L.R. 7-19.1 to Eleanor M. Lackman, Mitchell Silberberg & Knupp LLP, attorneys for Plaintiff, on July 21, 2023 and July 23, 2023, respectively. See Hamilton Dec., ¶5.

The address and email for opposing counsel is:

Eleanor M. Lackman

Mitchell Silberberg & Knupp LLP

2049 Century Park East, 18th Floor

Los Angeles, CA 90067

Email: eml@msk.com

Notice of this Ex-Parte Application was given to Plaintiff or LIVN, through multiple conversation and via email on July 23, 2023. See Hamilton Dec. , ¶4.

### II. APPLICABLE LAW

An attorney may not withdraw as counsel except by leave of court or by substation of new counsel.

A breakdown of the attorney-client relationship is grounds for withdrawal by counsel. *Vedatech, Inc. v. St. Paul Fire & Marine Ins. Co.,* 2008 U.S. Dist. LEXIS 113544, *15 (N.LD. Cal. 2008).

An attorney is allowed to withdraw where the client renders it unreasonably difficult for the attorney to carry out the employment effectively. *Lead Corp. v. Innovative Safety Tech, LLC,* 2010 U.S. Dist. LEXIS 8492, *4 (S.D. Cal. 2010).

Avyno Law P.C. and its attorneys have irreconcilable differences with LIVN

3

1   on how to proceed with this litigation and discovery matters related thereto causing

2   an irreconcilable breakdown in the attorney client relationship. See Hamilton Dec.,

3   ¶2-3.

4         In accordance with L.R. 7-19.1, opposing counsel or counsel for defendant,

5   does not oppose this application, but has communicated the following concerns:

6   Prior to the entry of the most recent adjusted scheduling order, the parties had

7   agreed to certain terms, including that no additional written discovery requests

8   would be served following defendant's forthcoming service of requests (which

9   were served on July 11, 2023), the parties would come to an agreement on a

10  protective order to allow for the full exchange of documents; the parties would

11  propose mediators from the District's Mediation Panel to try to ensure time for

12  mediation prior to the completion of fact discovery; and that the dates set forth in

13  the schedule proposed to the Court on June 30, 2023 (ECF No. 54) would be

14  sufficient to permit the completion of the production of documents, the service of

15  responses to written discovery, and the taking of depositions. Defendant was not

16  aware of any issue between LIVN and its counsel until July 10, 2023, when LIVN's

17  counsel informed counsel for defendant of an intention to "sub out" of the case.

18  Defendant is amenable to the withdrawal of LIVN's counsel so long as (1) the prior

19  agreements of counsel remain intact, and (2) the schedule is adjusted to permit

20  defendant the time it needs to take discovery and any follow up necessary on the

21  timeline consistent with defendant's expectation for the timeframe proposed to the

22  Court on June 30, i.e., that the discovery cut-off shall be extended to permit timely

23  responses and the completion of other discovery, and all other dates adjusted

24  accordingly. See Hamilton Dec., ¶6.

25  //

26  //

27  //

28  //

4

***EX-PARTE* APPLICATION TO WITHDRAW AS COUNSEL**

### III. CONCLUSION

For the foregoing reasons, this Court should permit attorneys Jennifer Hamilton, Jan Sundberg, Shawn B. Hussain and Avyno Law P.C. to withdraw as counsel of record for Plaintiff LIVN Worldwide Ltd., a Mauritius limited company.

Dated:  July 26, 2023                              **Avyno Law P.C.**


By: /s/ Jennifer Hamilton
         Jennifer Hamilton

Attorneys for Plaintiff
LIVN Worldwide Ltd.

5

***EX-PARTE* APPLICATION TO WITHDRAW AS COUNSEL**

1

**PROOF OF SERVICE**

2       I hereby certify that on July 26, 2023, I electronically transmitted the

3  foregoing document using the CM/ECF system for filing, which will transmit the

4  document electronically to all registered participants as identified on the Notice of

5  Electronic Filing, and paper copies have been served on those indicated as non-

6  registered participants.

7       Electronic Transmission**:**  I caused the document(s) to be sent from email

8  address rmeegan@avynolaw.com to the person(s) at the email address(es) listed

9  below.

10       LIVN Worldwide Ltd.

11       Nadeem Sham

12       nadeem@livworldwide.com

13

14  Dated:  July 26, 2023             /s/Rebecca Meegan

15

16

17

18

19

20

21

22

23

24

25

26

27

28

***EX-PARTE* APPLICATION TO WITHDRAW AS COUNSEL**