**AVYNO LAW P.C.**
Jennifer H. Hamilton, Esq. (SBN 220439)
Email: jhh@avynolaw.com
Jan A. Sundberg, Esq. (SBN 169186)
Email: jas@avynolaw.com
Shawn B. Hussain, Esq. (SBN 315872)
Email: sbh@avynolaw.com
6345 Balboa Blvd., Suite 312, Building I
Encino, CA 91316
Tel.: (818) 654-8840
Fax: (818) 332-4205

Attorneys for Plaintiff LIVN Worldwide Ltd.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company, <br><br> Plaintiff, <br><br> vs. <br><br> Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO.: 2:21-cv-09589-AB-KS** <br><br> Honorable André Birotte Jr. <br><br> **DECLARATION OF JENNIFER HAMILTON IN SUPPORT OF EX-PARTE APPLICATION TO WITHDRAW AS COUNSEL** |

1

**DECLARATION OF JENNIFER HAMILTON**

**DECLARATION OF JENNIFER HAMILTON**

I, Jennifer Hamilton, under penalty of perjury, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and in the Southern District of California, and am an attorney with Avyno Law P.C. ("Avyno"). I submit this declaration in support of the Motion to Withdraw as Counsel. I have personal knowledge of the facts set forth in this declaration and would and could testify thereto.

2. The last two weeks we have had several conversations with Plaintiff LIVN Worldwide Ltd., a Mauritius limited company ("Plaintiff") regarding the prosecution of this matter and that we would be substituted by new counsel. Each time, representatives for Plaintiff promised we would be substituted by new counsel.

3. The relationship between Plaintiff and Avyno and its attorneys has deteriorated to the point it is impossible for Avyno and its attorneys to represent Plaintiff. During the multiple communications with representatives for Plaintiff it has become evident that Plaintiff and Avyno and its attorneys have irreconcilable differences in how to prosecute this case.

4. Notice of this Ex-Parte Application was given to Plaintiff or LIVN, through multiple conversation and via email on July 23, 2023.

5. Notice of this Ex-Parte Motion was given to opposing counsel, orally and via email, in accordance with L.R. 7-19.1 to Eleanor M. Lackman, Mitchell Silberberg & Knupp LLP, attorneys for Plaintiff, on July 21, 2023 and July 23, 2023, respectively.

The address and email for opposing counsel is:

Eleanor M. Lackman

Mitchell Silberberg & Knupp LLP

2049 Century Park East, 18th Floor

Los Angeles, CA 90067

Email: eml@msk.com

6. In accordance with L.R. 7-19.1, opposing counsel or counsel for defendant, does not oppose this application, but has communicated the following concerns: Prior to the entry of the most recent adjusted scheduling order, the parties had agreed to certain terms, including that no additional written discovery requests would be served following defendant's forthcoming service of requests (which were served on July 11, 2023), the parties would come to an agreement on a protective order to allow for the full exchange of documents; the parties would propose mediators from the District's Mediation Panel to try to ensure time for mediation prior to the completion of fact discovery; and that the dates set forth in the schedule proposed to the Court on June 30, 2023 (ECF No. 54) would be sufficient to permit the completion of the production of documents, the service of responses to written discovery, and the taking of depositions. Defendant was not aware of any issue between LIVN and its counsel until July 10, 2023, when LIVN's counsel informed counsel for defendant of an intention to "sub out" of the case. Defendant is amenable to the withdrawal of LIVN's counsel so long as (1) the prior agreements of counsel remain intact, and (2) the schedule is adjusted to permit defendant the time it needs to take discovery and any follow up necessary on the timeline consistent with defendant's expectation for the timeframe proposed to the Court on June 30, i.e., that the discovery cut-off shall be extended to permit timely responses and the completion of other discovery, and all other dates adjusted accordingly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California, this 26th day of July 2023.

By: /s/ Jennifer Hamilton
Jennifer Hamilton

3

**DECLARATION OF JENNIFER HAMILTON**

**PROOF OF SERVICE**

I hereby certify that on July 26, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

**Electronic Transmission:** I caused the document(s) to be sent from email address rmeegan@avynolaw.com to the person(s) at the email address(es) listed below.

LIVN Worldwide Ltd.
Nadeem Sham
nadeem@livworldwide.com

Dated:  July 26, 2023                     /s/Rebecca Meegan

4

**DECLARATION OF JENNIFER HAMILTON**