# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVN WORLDWIDE LTD.<br><br>Plaintiff(s),<br><br>v.<br><br>VUBIQUITY, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–09589–AB–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __7/26/2023__

Document No.:  __56__

Title of Document:  __Ex Parte Applicaztion to Withdraw as Counsel for Plaintiff__

**ERROR(S) WITH DOCUMENT:**

A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action, Local Rule 83–2.3.2.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __July 27, 2023__          By:  __/s/ Grace Kami  grace_kami@cacd.uscourts.gov__
                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS