1  ELEANOR M. LACKMAN (SBN 298594)
      eml@msk.com
2  BRANDON E. HUGHES (SBN 329947)
      beh@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA 90067
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  Attorneys for Defendant Vubiquity Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company, <br><br> Plaintiff, <br><br> v. <br><br> Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 2:21-cv-09589-AB-KS <br><br> Honorable André Birotte Jr. <br><br> **DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF DEFENDANT'S MOTION TO STAY PROCEEDINGS AND TO REQUIRE PLAINTIFF TO PROSECUTE ACTION BY A DATE CERTAIN** <br><br> Date:      October 6, 2023 <br> Time:     10:00 a.m. <br> Location: United States Courthouse, Courtroom 7B <br> 350 W First Street <br> Los Angeles, CA 90012 |

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF DEFENDANT'S MOTION TO STAY PROCEEDINGS**

# DECLARATION OF ELEANOR M. LACKMAN

I, Eleanor M. Lackman, the undersigned, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner at the law firm of Mitchell Silberberg & Knupp LLP, counsel for Vubiquity Inc. ("Vubiquity") in this action. The facts stated in this declaration are within my personal knowledge, and if called upon as a witness, I could and would testify competently to them.

2. In June 2023, the parties agreed to a litigation schedule, including an agreement to develop a protective order that would allow the parties to complete their document exchange. The parties also agreed that Vubiquity could serve a final set of discovery requests and that discovery would close on August 21, 2023. Vubiquity believed this date would allow for the parties to finish exchanging documents and taking depositions. Non-expert discovery dates were adjusted accordingly.

3. On July 13, 2023, Vubiquity was notified that Plaintiff's current counsel of Avyno Law was planning to withdraw as counsel and substitute new counsel in.

4. On Plaintiff's counsel's July 13, 2023 representation that new counsel would substitute into the action, Vubiquity agreed to wait two weeks to see what form of motion would be filed and what agreements Vubiquity might reach with new counsel.

5. However, no new counsel was substituted in, and Plaintiff's current counsel filed its motion to withdraw. The motion was denied without prejudice on August 11, 2023 and has yet to be refiled.

6. The parties conferred on August 18, 2023 and discussed the possibility of a stay of all deadlines—consistent with and without waiver of the parties' prior agreements before Vubiquity was made aware of Plaintiff's

1 representation issues—if and when new counsel is engaged by whatever time the
2 Court may set for plaintiff to secure counsel before dismissing the case for failure
3 to prosecute.

4     7.    The parties conferred on August 21, 2023, concerning the proposed
5 stay of all deadlines. Plaintiff's counsel indicated that they could not grant consent
6 to such a stay.

7     I declare under penalty of perjury that the foregoing is true and correct.
8     I executed this declaration on August 21, 2023 in New York, New York.

*/s/ Eleanor M. Lackman*
Eleanor M. Lackman

Mitchell Silberberg & Knupp LLP

3

**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF DEFENDANT'S MOTION TO STAY PROCEEDINGS**