**AVYNO LAW P.C.**
Jennifer H. Hamilton, Esq. (SBN 220439)
Email: jhh@avynolaw.com
Jan A. Sundberg, Esq. (SBN 169186)
Email: jas@avynolaw.com
Shawn B. Hussain, Esq. (SBN 315872)
Email: sbh@avynolaw.com
6345 Balboa Blvd., Suite 312, Building I
Encino, CA 91316
Tel.: (818) 654-8840
Fax: (818) 332-4205

Attorneys for Plaintiff LIVN Worldwide Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company,<br><br>Plaintiff,<br><br>vs.<br><br>Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-09589-AB-KS**<br><br>Honorable André Birotte Jr.<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    October 6. 2023<br>Time:    10:00 a.m.<br>Location: Courtroom 7B |

1

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 6, 2023, at 10:00 a.m., before the Honorable Andreʹ Birotte Jr. in Courtroom 7B of the United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012, Jennifer Hamilton, Jan Sundberg, Shawn B. Hussain and Avyno Law P.C. moves to withdraw as counsel of record for Plaintiff LIVN Worldwide Ltd., a Mauritius limited company ("LIVN" or "Plaintiff").

This application is based upon the attached memorandum of facts and law, the Declaration of Jennifer Hamilton and all other matters subject to judicial notice.

Dated: August 22, 2023         **Avyno Law P.C.**

By: /s/ Jennifer Hamilton
     Jennifer Hamilton

Attorneys for Plaintiff
LIVN Worldwide Ltd.

2

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

As shown by the Declaration of Jennifer Hamilton ("Hamilton Dec."), attached hereto, Avyno Law P.C. and its attorneys has irreconcilable differences with LIVN on how to proceed with this litigation and discovery matters related thereto causing an irreconcilable breakdown in the attorney client relationship.

## II. APPLICABLE LAW

An attorney may not withdraw as counsel except by leave of court or by substation of new counsel. A breakdown of the attorney-client relationship is grounds for withdrawal by counsel. *Vedatech, Inc. v. St. Paul Fire & Marine Ins. Co.,* 2008 U.S. Dist. LEXIS 113544, *15 (N.LD. Cal. 2008).

An attorney is allowed to withdraw where the client renders it unreasonably difficult for the attorney to carry out the employment effectively. *Lead Corp. v. Innovative Safety Tech, LLC,* 2010 U.S. Dist. LEXIS 8492, *4 (S.D. Cal. 2010).

Avyno Law P.C. and its attorneys have irreconcilable differences with LIVN on how to proceed with this litigation and discovery matters related thereto causing an irreconcilable breakdown in the attorney client relationship. See Hamilton Dec., ¶2-3. In particular, LIVN's conduct has rendered it unreasonably difficult for Avyno Law P.C. and its attorneys to carry out the representation effectively. Id. ¶3. Further, LIVN is refusing to comply with obligations related to Avyno's representation, to which Avyno has given the LIVN, and in particular, its representative Mr. Sham warning that we will withdraw unless LIVN performs its obligations. Id. ¶3.

On August 21, 2022, we advised LIVN, in writing, under Local Rule 83-2.3.4 "that as an organization, LIVN must be represented by counsel and cannot act on its own behalf before the court (i.e., pro se). If LIVN is unable to engage new counsel, the case will be dismissed." Id. ¶17.

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

Counsel for Defendant has filed a motion to stay pending the resolution of Plaintiff's representation. Id. ¶18. We respectfully request that this Motion be heard on the same date and time. Id. ¶18.

### III. CONCLUSION

For the foregoing reasons, this Court should permit attorneys Jennifer Hamilton, Jan Sundberg, Shawn B. Hussain and Avyno Law P.C. to withdraw as counsel of record for Plaintiff LIVN Worldwide Ltd., a Mauritius limited company.

Dated: August 22, 2023          **Avyno Law P.C.**

By: /s/ Jennifer Hamilton
Jennifer Hamilton

Attorneys for Plaintiff
LIVN Worldwide Ltd.

4

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

## PROOF OF SERVICE

I hereby certify that on August 22, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

**Electronic Transmission:** I caused the document(s) to be sent from email address rmeegan@avynolaw.com to the person(s) at the email address(es) listed below.

LIVN Worldwide Ltd.
Nadeem Sham
nadeem@livworldwide.com

Dated: August 22, 2023                    /s/Rebecca Meegan