**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIVN WORLDWIDE LTD. | CASE NUMBER: |
| PLAINTIFF(S) | 2:21−cv−09589−AB−KS |
| v. | |
| VUBIQUITY, INC., et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

REGARDING:

| 8/22/2023 | 61 | Plaintiff's Motion |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

> Counsel shall immediately file a Proposed Order and email a Microsoft Word version of the Proposed Order to the chambers email address.

Dated:   8/25/2023

By: _____
U.S. District Judge / U.S. Magistrate Judge