A.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company,<br><br>Plaintiff,<br><br>vs.<br><br>Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-09589-AB-KS**<br><br>Honorable André Birotte Jr.<br><br>**ORDER DENYING AS MOOT MOTION TO WITHDRAW AS COUNSEL [Dkt. No. 61]** |

In light of the substitution of counsel at Dkt. Nos. 65 and 66, the Motion of Jennifer Hamilton, Jan Sundberg, Shawn B. Hussain and Avyno Law P.C. to Withdraw as Counsel for Plaintiff LIVN Worldwide Ltd., a Mauritius limited company (Dkt. No. 61), is **DENIED AS MOOT**. The hearing is **VACATED**.

**IT IS SO ORDERED.**

DATED: _October 03, 2023

_____
Hon. André Birotte Jr.
U.S. District Judge

_____