# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVN Worldwide Ltd., <br>                  v.          Plaintiff(s) | CASE NUMBER: <br><br> 2:21-cv-09589-AB-KS |
| Vubiquity, Inc. et al, <br><br>                      Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
                               ☐ In-Person Court Hearing
                               ☐ Video Conference
                               ☒ Telephonic

Magistrate Judge   Karen L. Stevenson

Date/Time           November 3, 2023 @ 3:00 p.m.

Courtroom:         ***call-in information emailed to participating parties.

Dated:    November 2, 2023                 By:    Gay Roberson
                                                                          Deputy Clerk