**John van Loben Sels/Bar No. 201354**
jvanlobensels@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff**
**LIVN Worldwide Ltd.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **LIVN WORLDWIDE LTD.,** a Mauritius limited company,<br><br>　　　　　Plaintiff,<br>v.<br><br>**VUBIQUITY INC.**, a Delaware corporation; and does 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:21-cv-09589-AB-KS<br><br>**PLAINTIFF LIVN WORLDWIDE LTD.'S DISCOVERY STATUS REPORT** |

Pursuant to the Honorable Magistrate Judge Karen L. Stevenson's Civil Minute Order Dated November 3, 2023 (Dkt. No. 76) (the "Minute Order"), Plaintiff LIVIN Worldwide Ltd. ("LIVN") provides the following Discovery Status Report related to its compliance with Defendant's Requests for Production of Documents..

**I.   Plaintiff's Objections to Defendant's Request for Production of All Documents Plaintiff Intends to Use at Trial**

Pursuant to the Minute Order, Plaintiff's objection to Defendant's Request that Plaintiff's produce "all documents" Plaintiff intends to use at trial was sustained.  Therefore, Plaintiff has no updates to provide to the Court at this time regarding this Request.

**II.   Plaintiff's Supplemental Written Responses to Requests for Production of Documents**

On November 10, 2023 at approximately 10:45 a.m., Plaintiff provided Defendant with Second Supplemental Responses and Objections to both Defendant's First and Second Set of

1

Requests for Production of Documents. Per Defendant's Request and this Court's direction, these supplemental responses clarify that, for each category of documents which Plaintiff has agreed to produce responsive materials, Plaintiff "has conducted a reasonably diligent search for, and has produced, all documents in its possession, custody, or control responsive" to the Request. It is Plaintiff's position that these assurances satisfy Plaintiff's obligations pursuant to Federal Rule of Civil Procedure 34. To the extent Defendant continues to believe that Plaintiff's Responses and Objections are deficient in any way, Plaintiff remains committed to, and continues to make itself available to Defendants' to meet and confer regarding those matters.

### III. Plaintiff's Supplemental Production

On November 10, 2023 at approximately 10:45 a.m., Plaintiff provided Defendant with a supplemental production responsive to their various Requests for Production of Documents. This supplemental production included additional documents specifically requested by Defendant's counsel during meet and confer discussions including the following:

1.) Communications with iTunes related to Defendant's Conduct;

2.) An additional Program Licensing Agreement for the materials in question;

3.) Materials confirming that Plaintiff did *not* upload or make the materials in question available for purchase and/or viewing on Amazon.com.

4.) Documentation related to the terms of agreement with Amazon *had* Plaintiff done so; and

5.) Further documentation demonstrating how Plaintiff came to learn about Defendant's conduct.

With the production of these documents, Plaintiff views its production as complete. Including this supplemental production in place, Plaintiff has produced more than eight times as many materials as Defendant, demonstrating the thoroughness sand sufficiency of its production. Nonetheless, to the extent Defendant identifies any additional perceived deficiencies in Plaintiff's production, Plaintiff remains willing to meet and confer to discuss these issues.

### IV. Privilege Log

Plaintiff does not object to providing a privilege log to Defendant to the extent any

documents are withheld on the basis of privilege. Nonetheless, Plaintiff has not withheld any documents on the basis of privilege. If, for any reason, Plaintiff identifies additional responsive materials but determines that such materials are privileged, Plaintiff will provide a privilege log.

Dated: November 13, 2023

**THOITS LAW**

By: ___*/s/ John van Loben Sels*___
**John van Loben Sels**
**Attorneys for Plaintiff**
**LIVN WORLDWIDE LTD.**