1  ELEANOR M. LACKMAN (SBN 298594)
       eml@msk.com
2  BRANDON E. HUGHES (SBN 329947)
       beh@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA 90067
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  Attorneys for Defendant Vubiquity Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company,<br><br>            Plaintiff,<br><br>      v.<br><br>Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendant. | CASE NO. 2:21-cv-09589-AB-KS<br><br>Honorable André Birotte Jr.<br><br>**NOTICE REGARDING JUNIOR COUNSEL CONDUCTING ORAL ARGUMENT**<br><br>Date:       May 10, 2024<br>Time:      10:00 a.m.<br>Location:  United States Courthouse, Courtroom 7B<br>350 W. First Street<br>Los Angeles, CA 90012 |

Mitchell Silberberg & Knupp LLP

16499617.1

**NOTICE OF JUNIOR COUNSEL CONDUCTING ORAL ARGUMENT**

PLEASE TAKE NOTICE in accordance with Paragraph 6 of the Court's Standing Order, with respect to the May 10, 2024 hearing on Vubiquity Inc.'s Motion for Summary Judgment, counsel for Vubiquity respectfully makes three requests. First, counsel asks that Brandon Hughes, a 2019 law school graduate, have the opportunity to argue before the Court as to the core issue of the case, *i.e.*, copyright infringement, while Eleanor Lackman argues as to the remaining issues on summary judgment. Second, while Mr. Hughes intends to appear in person, Ms. Eleanor Lackman, due to a commitment made prior to the setting of the hearing date, intends to appear remotely. Third, the parties' principals are located thousands of miles from the courthouse. Therefore, we respectfully request that they be permitted to access the hearing via Your Honor's Zoom link, if feasible.

DATED: May 3, 2024               MITCHELL SILBERBERG & KNUPP LLP

By:  */s/ Eleanor M. Lackman*
     Eleanor M. Lackman
     Attorneys for Defendant
     Vubiquity Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is nxc@msk.com.

On May 3, 2024, I served a copy of the foregoing document(s) described as **NOTICE OF JUNIOR COUNSEL CONDUCTING ORAL ARGUEMENT** on the interested parties in this action at their last known address as set forth below by taking the action described below:

David Sarfati
John Van Loben
Brittany Nobels
**THOITS LAW**
400 Main St #250,
Los Altos, CA 94022

*e-mails:*
DSarfati@thoits.com;
JvanLobenSels@thoits.com;
BNobles@thoits.com;

*Attorneys for Plaintiff
LIVN Worldwide, LTD*

☒ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the date indicated herein, on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **May 3, 2024**, at Los Angeles, California.

_____
Noemi Cuevas