| | |
|---|---|
| 1 | ELEANOR M. LACKMAN (SBN 298594) |
| | eml@msk.com |
| 2 | BRANDON E. HUGHES (SBN 329947) |
| | beh@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| | 2049 Century Park East, 18th Floor |
| 4 | Los Angeles, CA 90067 |
| | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | Attorneys for Defendant Vubiquity Inc. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company, | CASE NO. 2:21-cv-09589-AB-KS |
| Plaintiff, | Honorable André Birotte Jr. |
| v. | **MOTION TO AMEND ORDER GRANTING VUBIQUITY'S MOTION FOR SUMMARY JUDGMENT (ECF 103)** |
| Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendant. | Date: June 28, 2024 |
| | Time: 10:00 a.m. |
| | Location: United States Courthouse, Courtroom 7B |
| | 350 W. First Street |
| | Los Angeles, CA 90012 |

Mitchell Silberberg & Knupp LLP

**MOTION TO AMEND ORDER**

Defendant Vubiquity Inc. respectfully requests that the Court amend the Order Granting Defendant's Motion for Summary Judgment (ECF 103). Footnote One beginning on the Order's first page reads, in part, "Vubiquity did not file a reply fact statement required by recently revised Local Rule 56." Order at 1-2, n. 1. Vubiquity respectfully requests that the Order be amended to remove or otherwise modify this statement.

On March 22, 2024, Vubiquity filed a compliant fact statement, which appears in the record as ECF 89 ("Vubiquity Inc.'s Responses to Plaintiff's Evidentiary Objections and Further Statement of Undisputed Facts"). The document includes "every fact included in the opposing party's Statement of Genuine Disputes (in the same order, using the same numbers, and with all citations to the supporting evidence identified by either the moving or opposing party), and, for facts disputed by the opposing party, the moving party's response" as required by Local Rule 56-3, and in the prescribed format. *See* ECF 89 at 65-81.

DATED: June 6, 2024                    MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Eleanor M. Lackman*
    Eleanor M. Lackman
    Attorneys for Defendant
    Vubiquity Inc.

**MOTION TO AMEND ORDER**