ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
BRANDON E. HUGHES (SBN 329947)
beh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone:   (310) 312-2000
Facsimile:    (310) 312-3100

Attorneys for Defendant Vubiquity Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company,<br><br>       Plaintiff,<br><br>    v.<br><br>Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>       Defendant. | CASE NO. 2:21-cv-09589-AB-KS<br><br>Honorable André Birotte Jr.<br><br>**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF VUBIQUITY'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      July 26, 2024<br>Time:     10:00 a.m.<br>Location:  Courtroom 7B<br>           350 W. 1st Street<br>           Los Angeles, CA 90012<br><br>File Date:  December 10, 2021 |

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF ELEANOR M. LACKMAN**

## DECLARATION OF ELEANOR M. LACKMAN

I, Eleanor M. Lackman, declare:

1.     I am an attorney at law duly licensed to practice law in the State of California and before this Court.  I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for defendant Vubiquity Inc. ("Vubiquity").  I submit this Declaration in support of Vubiquity's Motion for Attorneys' Fees and Costs.  I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.     Plaintiff filed this action on December 10, 2021, after months of pre-litigation letters and discussion with three successive law firms representing Plaintiff (not including the two firms that represented Plaintiff in the litigation). From Plaintiff's initial complaint forward, Plaintiff claimed "Plaintiff's rights and the copyright protection for Martial Universe" "are protected under the Berne Convention for the Protection of Literary and Artistic Works."

3.     Vubiquity questioned Plaintiff's standing to pursue Plaintiff's copyright claims in Vubiquity's Answer to Plaintiff's Second Amended Complaint.

4.     On January 12, 2023, after Plaintiff's prior counsel had withdrawn due to differences with their client and new counsel appeared, Vubiquity presented Plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering judgment in the amount of $700.00.  In my cover note with a courtesy copy of the offer, I explained the value of the case, reminded counsel that several claims already had been dismissed, and noted that fee-shifting may be impacted by the failure to take an offer greater than Plaintiff's recovery. Plaintiff did not accept the offer.  A true and correct copy of the Offer of Judgment is attached hereto as **Exhibit A**.

5.     MSK is a law firm of approximately 125 attorneys based in Los

Angeles, with offices in Washington, D.C. and New York City.  A substantial part of our firm's litigation practice involves the representation of clients in the entertainment industry, and in particular the motion picture industry, including studios, production companies, directors, and writers such as Vubiquity.  This expertise has resulted in significant litigation efficiencies in that we have an accumulated base of knowledge about the motion picture industry.  As reflected in the backgrounds of the lawyers, discussed below, we have particular expertise in matters of copyright and intellectual property.  The MSK attorneys who worked on this case are:

6.     **Eleanor M. Lackman**: I received my J.D. degree from Fordham University School of Law in 2003 and my Master of Business Administration from the University of California, Los Angeles, with a certificate in entertainment, in 2023.  From 2003 to 2019, I worked at Loeb & Loeb LLP, Arnold & Porter LLP, Hogan Lovells LLP, and Cowan, DeBaets, Abrahams & Sheppard LLP, focusing my practice on intellectual property, and copyright and trademark law specifically. I joined MSK as a partner in June 2019.  I have litigated numerous copyright infringement cases in this District and in other federal courts over the course of my career and have been repeatedly recognized for my copyright work by several leading reputable publications such as *Chambers* and *Legal500*.

7.     **Brandon E. Hughes**: Brandon Hughes received his J.D. degree from the University of California, Berkeley School of Law in 2019.  From 2019 to 2022, Brandon worked at Paul Hastings, LLP, then Manatt, Phelps & Phillips, LLP. Brandon joined MSK in 2022 as an associate focused on intellectual property litigation.

8.     **Caen A. Dennis**: Worked on the case in 2022.  She received her J.D. from Fordham University School of Law in 2020 and has focused her practice on intellectual property.

9.     **Elana Moses**: Elana Moses assisted me with paralegal tasks such as

1   cite-checking briefs.  Ms. Moses has been a paralegal for approximately thirty-one

2   years.

3          10.    **Justin Bernardino**: Justin Bernardino assisted me with paralegal

4   tasks such as cite-checking briefs.  Mr. Bernardino has been a paralegal for

5   approximately nine years.

6          11.    **Dalton Kniss**: Dalton Kniss assisted me with paralegal tasks such as

7   cite-checking briefs.  Mr. Kniss has been a paralegal for approximately six years.

8          12.    **Wuk Kim**: Mr. Kim is a litigation support specialist who assisted me

9   with certain forensic document collection tasks.

10          13.    Based on my experience, MSK's normal hourly rates are competitive

11   with—if not lower than—the hourly rates usually charged by other law firms in

12   Los Angeles practicing intellectual property litigation, especially considering our

13   expertise.

14          14.    My hourly rate in this matter was $695 in 2021 and 2022 and $715 in

15   2023 and 2024.  Mr. Hughes' hourly rate was $515 in this matter.  Mr.

16   Bernardino's hourly rate was $285 in this matter.  Ms. Moses' hourly rate was

17   $295 in this matter.  Mr. Kim's rate was $380 per hour in this matter.  Ms. Dennis'

18   rate was $435 per hour in this matter.  MSK's research librarian, Nina Rosenblum,

19   billed limited time in this matter at $275 per hour.  The rates we charged were

20   discounted off of our rack rates by roughly 10-15%, in part due to the fact that the

21   matter had been pending for so long, which seemed to merit keeping rates for

22   Vubiquity low while the market rates increased substantially. I also routinely wrote

23   off time for any duplicative work or other inefficiencies, including writing off

24   much of my own time.

25          15.    MSK keeps contemporaneous, computerized time records and sends

26   bills to clients that reflect the name of the lawyer, a description of the work, and

27   the number of hours spent.  I personally reviewed the bills prepared by MSK in

28   connection with the work performed in this litigation, and ensured that the entries

Mitchell
Silberberg &
Knupp LLP

4

**DECLARATION OF ELEANOR M. LACKMAN**

1   were accurate and non-duplicative.  At my direction, MSK's Accounting

2   Department prepared spreadsheets compiling the fees and costs billed in this matter

3   (or in the case of fees incurred in the past month, to be billed).

4        16.    Attached as **Exhibit B** is a true and correct copy of MSK bills on

5   which Vubiquity's requested fees are based, along with corresponding invoices.

6        17.    As Exhibit B shows, over the past approximately 2.5 years, MSK

7   worked 675.5 hours defending against Plaintiff's claims.  All of this work was

8   reasonably necessary for the defense against Plaintiff's copyright claims, and

9   Vubiquity paid all such bills (except the most recent bill issued today, which I

10  expect Vubiquity to pay).  The work performed by MSK in defending this case

11  included:

- Approximately January 2022 through January 2023: Work relating to Plaintiff's three iterations of the Complaint, including preparing motion to dismiss and reply papers, and work related to court hearings.

- Approximately February 2023 through January 2024: Work relating to discovery including rounds of document production requests, interrogatories, and requests for admissions, bringing various discovery disputes before the United States Magistrate Judge, and conducting depositions with attendant preparation.

- Approximately February 2024 to Present: Work relating to Vubiquity's Motion for Summary Judgment including reply briefing and opposing Plaintiff's request to file a sur-reply and Vubiquity's present motion for fees and costs.

25       18.    Vubiquity incurred costs in connection with this action in the amount

26  of $7,227.25.  These costs are normally billed to a private client and were billed

27  here, and are reasonable in amount.

28       19.    Attached as **Exhibit C** is a true and correct copy of a summary

Mitchell
Silberberg &
Knupp LLP

5

**DECLARATION OF ELEANOR M. LACKMAN**

1  spreadsheet listing the costs incurred in this action, along with corresponding

2  invoices which were taken from the actual bills issued in this matter.  These costs

3  consist of: (i) deposition fees ($7,199.25) and (ii) service fees ($28.00).

4      20.    On June 19, 2024, the parties met and conferred over teleconference

5  concerning Vubiquity's Motion for Attorney's Fees and Costs pursuant to Local

6  Rule 7-3.  Apart from an indication that Plaintiff's counsel might not object to

7  certain costs that Plaintiff did not specify during the conference, the parties were

8  unable to come to an agreement on the matters, necessitating the concurrently-filed

9  Motion.

10     I declare under penalty of perjury that the foregoing is true and correct.

11     Executed this 20th day of June 2024, at New York, New York.

12

13

14

15     Eleanor M. Lackman

16

17

18

19

20

21

22

23

24

25

26

27  Mitchell
    Silberberg &
28  Knupp LLP

6

**DECLARATION OF ELEANOR M. LACKMAN**

# EXHIBIT A

1    ELEANOR M. LACKMAN (SBN 298594)
     eml@msk.com
2    MITCHELL SILBERBERG & KNUPP LLP
     2049 Century Park East, 18th Floor
3    Los Angeles, CA 90067
     Telephone:  (310) 312-2000
4    Facsimile:  (310) 312-3100

5    Attorneys for Defendant Vubiquity Inc.

6

7

8                 **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11    LIVN Worldwide Ltd., a Mauritius      CASE NO. 2:21-cv-09589-AB-KS
     limited company,

12                   Honorable André Birotte Jr.
          Plaintiff,

13                   **OFFER OF JUDGMENT**
         v.

14

15    Vubiquity Inc., a Delaware corporation;
     and DOES 1 through 10, inclusive,

16           Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Vubiquity Inc. ("Defendant") hereby offers to allow judgment to be taken against it by plaintiff LIVN Worldwide Ltd. ("Plaintiff") in the above-captioned civil action for a payment by Defendant to Plaintiff in the amount of seven hundred U.S. dollars ($700).

Such offer of judgment shall be inclusive of all costs (as calculable pursuant to Fed. R. Civ. P. 68) and attorneys' fees available under the Copyright Act, which governs the only presently remaining cause of action in this lawsuit, and shall not include injunctive relief, impoundment, or any non-monetary remedies.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendant is liable in this civil action, or that Plaintiff has suffered any damages. This offer of judgment is not admissible for any purpose except to ensure its enforcement should it be accepted by Plaintiff, or if it is not accepted, in a proceeding to determine costs (including attorney's fees as available pursuant to 17 U.S.C. § 505).

This offer will be deemed withdrawn unless Plaintiff serves a written notice of acceptance of the offer within fourteen (14) days of the date it was served on Plaintiff's counsel.

DATED: January 12, 2023

MITCHELL SILBERBERG & KNUPP LLP

By:  /s/ Eleanor M. Lackman
Eleanor M. Lackman
Attorneys for Defendant
Vubiquity Inc.

# EXHIBIT B

# MSK

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 438762
Burbank, CA 91505

                                                       September 22, 2021


**LEGAL SERVICES RENDERED** through August 31, 2021

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                    347.50
                                                            347.50
                                               ─────────────

Total - current charges:                                    347.50

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

⬔ msk

Vubiquity, Inc.                                           Atty No.: 00750
3900 W Alameda Avenue                                     Client ID: 51251
Suite 1700                                               Invoice: 438762
Burbank, CA 91505

                                                         September 22, 2021
                                                         Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through August 31, 2021:**

| 08/02/21 | Correspondence with client regarding status of letter and tolling agreement; revise per client comments and send to opposing counsel. | E LACKMAN | 0.50 | 347.50 |
|---|---|---|---|---|

Total Fees:                                                          $347.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| E LACKMAN | 0.50 | hours at $695.00 = | 347.50 |
| SUMMARY TOTALS | 0.50 | | 347.50 |

13520297.2

**msk**

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 438762

September 22, 2021

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 347.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$347.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:       121000248
Bank Name:            Wells Fargo Bank, N.A.
Bank Address:          420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:      4159349430
Beneficiary Account Name:     Mitchell Silberberg & Knupp LLP
For International Transfers:     Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

13520297.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                             Atty No.: 00750
3900 W Alameda Avenue                                      Client ID: 51251
Suite 1700                                                 Invoice: 444900
Burbank, CA 91505

                                                           January 20, 2022

**LEGAL SERVICES RENDERED** through December 31, 2021

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                                    2,154.50

                                                                 2,154.50
                                                           _____

TOTAL DUE:                                                     $2,154.50

Please take notice that MSK's standard hourly rates will increase on January 1, 2022 for matters subject to those rates. As of that date, our hourly rates for partners and of counsel will range from $575 to $975; our hourly rates for associates will range from $360 to $675; and our hourly rates for paralegals and project assistants will range from $170 to $410.  In the first bill following implementation of the new rates, the new rates applicable to the particular attorneys working on your matter will be specified in the bill.

⬦⬦msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 444900
Burbank, CA 91505

                                                        January 20, 2022
                                                        Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through December 31, 2021:**

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 12/13/21 | Review and report on complaint and other filings. | E LACKMAN | 0.50 | 347.50 |
| 12/15/21 | Call with Z. Joseph regarding options in response to claim. | E LACKMAN | 0.70 | 486.50 |
| 12/20/21 | Draft litigation hold and advice regarding same; draft budget. | E LACKMAN | 0.60 | 417.00 |
| 12/27/21 | Draft message to plaintiff's counsel with explanation and history regarding issues in case and asking for adjournment/conference ; report to client regarding same. | E LACKMAN | 1.20 | 834.00 |
| 12/30/21 | Correspondence with plaintiff's counsel regarding stipulation to extend time. | E LACKMAN | 0.10 | 69.50 |

Total Fees:                                                          $2,154.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| E LACKMAN | 3.10  hours at | $695.00  = | 2,154.50 |
| SUMMARY TOTALS | 3.10 | | 2,154.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 444900

January 20, 2022

13905754.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 444900

January 20, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 2,154.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,154.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers:     Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

\*\*\* Please Include Invoice Number with Payment \*\*\*

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____

13905754.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                                      Atty No.: 00750
3900 W Alameda Avenue                                               Client ID: 51251
Suite 1700                                                           Invoice: 446361
Burbank, CA 91505

                                                                    February 23, 2022

**LEGAL SERVICES RENDERED** through January 31, 2022

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                              2,085.00
                                                                         2,085.00
                                                             _____

Total - current charges:                                                 2,085.00

⬧⬧ msk

Vubiquity, Inc.                                             Atty No.: 00750
3900 W Alameda Avenue                                      Client ID: 51251
Suite 1700                                                 Invoice: 446361
Burbank, CA 91505
                                                          February 23, 2022
                                                          Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through January 31, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/03/22 | Review and revise stip to extend; correspondence with opposing counsel regarding same; report to client. | E LACKMAN | 0.30 | 208.50 |
| 01/04/22 | Call with opposing counsel; draft report regarding same. | E LACKMAN | 1.00 | 695.00 |
| 01/10/22 | Conference with plaintiff's counsel; report to client regarding same. | E LACKMAN | 0.30 | 208.50 |
| 01/12/22 | Conference with opposing counsel regarding proposed amendment; report to client regarding same. | E LACKMAN | 0.30 | 208.50 |
| 01/24/22 | Review First Amended Complaint; draft memo to client regarding initial thoughts on same. | E LACKMAN | 0.70 | 486.50 |
| 01/31/22 | Draft note to opposing counsel regarding potential motion to dismiss; draft note to client regarding facts in amended complaint. | E LACKMAN | 0.40 | 278.00 |

Total Fees:                                                          $2,085.00

◊◊ msk

Vubiquity, Inc.                                              Atty No.: 00750
3900 W Alameda Avenue                                        Client ID: 51251
Suite 1700                                                   Invoice: 446361
Burbank, CA 91505
                                                            February 23, 2022
                                                            Page 3

**Billing Summary**

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| E LACKMAN | 3.00  hours at | $695.00  = | 2,085.00 |
| SUMMARY TOTALS | 3.00 | | 2,085.00 |

# ⧫msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 446361

February 23, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---|
| Current Fees: | 2,085.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,085.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Routing Number or ABA: | 121000248 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery, San Francisco, CA 94104 |
| Beneficiary Account No.: | 4159349430 |
| Beneficiary Account Name: | Mitchell Silberberg & Knupp LLP |

For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000     Fax: (310) 312-3100     TIN: 95-1883538

13998201.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 447430
Burbank, CA 91505

                                                   March 16, 2022

**LEGAL SERVICES RENDERED** through February 28, 2022

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                       30,642.50
                                                              30,642.50
                                                   _____

Total - current charges:                                      30,642.50

14064276.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000       Fax: (310) 312-3100      TIN: 95-1883538

⬦ msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 447430
Burbank, CA 91505

                                                     March 16, 2022
                                                     Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through February 28, 2022:**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/01/22 | Draft note to opposing counsel regarding potential motion to dismiss; draft note to client regarding facts in amended complaint. | E LACKMAN | 1.00 | 695.00 |
| 02/02/22 | Legal research re claims brought with copyright infringement and judges rules on request for motion to extend. | C. DENNIS | 4.00 | 1,740.00 |
| 02/02/22 | Review law on elements of claims subject to motion; draft declaration in support of extension of time. | E LACKMAN | 1.10 | 764.50 |
| 02/03/22 | Legal research re claims brought with copyright infringement and judges rules on request for motion to extend. | C. DENNIS | 0.20 | 87.00 |
| 02/03/22 | Revise papers on motion to extend time; draft outline for motion to dismiss. | E LACKMAN | 1.20 | 834.00 |
| 02/04/22 | Research arguments for motion to dismiss plaintiff's claims 2, 3 and 5; draft arguments based on findings. | C. DENNIS | 7.80 | 3,393.00 |
| 02/07/22 | Research arguments for motion to dismiss plaintiff's claim 6; draft request for Plaintiff to provide a more definite statement; research case law to support request; draft introduction; put motion in required format. | C. DENNIS | 8.50 | 3,697.50 |

msk

Vubiquity, Inc.                                             Atty No.: 00750
3900 W Alameda Avenue                                      Client ID: 51251
Suite 1700                                                 Invoice: 447430
Burbank, CA 91505
                                                          March 16, 2022
                                                          Page 3

| | | | | |
|---|---|---|---|---|
| 02/08/22 | Review SA Music LLC v Amazon and find similar decisions to support "making available" argument for Copyright Infringement claim; edit motion to dismiss to include all findings; check each fact referenced is correctly cited to the First Amended Complaint, find additional cases tossing out Lanham Act claims on motions to dismiss while citing Dastar. | C. DENNIS | 6.00 | 2,610.00 |
| 02/08/22 | Review and revise draft of motion to dismiss. | E LACKMAN | 1.30 | 903.50 |
| 02/09/22 | Reorganize and edit fraud preemption argument, and expand parentheticals with more detail in fraud preemption argument; draft proposed order; include certification language in notice of motion to dismiss; review motion to dismiss for cite checking and completeness. | C. DENNIS | 3.60 | 1,566.00 |
| 02/10/22 | Draft DMCA section of brief; revise remainder of motion to dismiss brief. | E LACKMAN | 4.00 | 2,780.00 |
| 02/11/22 | Editing Motion to dismiss. | C. DENNIS | 3.10 | 1,348.50 |
| 02/11/22 | Proof and cite check motion to dismiss (2.5) | D. KNISS | 2.50 | 737.50 |
| 02/12/22 | Review cite-checked and updated memo of law and proposed order; revise same; draft notes for C. Dennis on motion specifics. | E LACKMAN | 1.10 | 764.50 |

⬧⬧msk

---

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 447430
Burbank, CA 91505
                                                         March 16, 2022
                                                         Page 4

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/15/22 | Check Kelly v. Arriba Soft case to see if helpful to our conclusory statement arguments; research stronger cases for a pure fraud claim coupled with copyright infringement. | C. DENNIS | 2.40 | 1,044.00 |
| 02/15/22 | Review and comment on updated version of motion. | E LACKMAN | 0.40 | 278.00 |
| 02/16/22 | Edit motion to dismiss to include research for fraud claim coupled with copyright infringement; draft note to client regarding redline comparing E. Lackman's original draft to an updated draft with new cases and more details. | C. DENNIS | 2.60 | 1,131.00 |
| 02/16/22 | Check on new citations; revise brief per client comments. | E LACKMAN | 0.60 | 417.00 |
| 02/17/22 | Incorporate client's comments into draft motion to dismiss; coordinate with paralegal for cite checking and assistant for finalizing filing; review finalized draft; edit proposed order; draft note to client regarding filing of motion to dismiss. | C. DENNIS | 1.20 | 522.00 |
| 02/17/22 | Check comments from client; attend to miscellaneous finalization questions. | E LACKMAN | 0.30 | 208.50 |
| 02/22/22 | Preparing Notice of Interested Parties. | C. DENNIS | 0.60 | 261.00 |
| 02/23/22 | Review correspondence from client regarding delivery to iTunes; draft note to opposing counsel regarding misrepresentations in first amended complaint. | E LACKMAN | 1.00 | 695.00 |

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 447430
Burbank, CA 91505
                                                         March 16, 2022
                                                         Page 5

| 02/24/22 | Call with plaintiff's counsel; report to client regarding same. | E LACKMAN | 0.30 | 208.50 |
| 02/26/22 | Review opposition brief; outline points for reply; draft DMCA and copyright infringement arguments; draft note to client regarding same. | E LACKMAN | 2.00 | 1,390.00 |
| 02/28/22 | Review E. Lackman's plan for reply to opposition; review opposition brief; review judge's rules on replies; outline reply to opposition in brief format. | C. DENNIS | 5.90 | 2,566.50 |

Total Fees:                                                             $30,642.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| E LACKMAN | 14.30 | hours at | $695.00 | = | 9,938.50 |
| C. DENNIS | 45.90 | hours at | $435.00 | = | 19,966.50 |
| D. KNISS | 2.50 | hours at | $295.00 | = | 737.50 |
| SUMMARY TOTALS | 62.70 | | | | 30,642.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 447430

March 16, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 30,642.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$30,642.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:           121000248
Bank Name:                       Wells Fargo Bank, N.A.
Bank Address:                    420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:         4159349430
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

14064276.2

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

## msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                           Atty No.: 00750
3900 W Alameda Avenue                                     Client ID: 51251
Suite 1700                                                Invoice: 448854
Burbank, CA 91505

April 13, 2022

**LEGAL SERVICES RENDERED** through March 31, 2022

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    14,026.50
                                                              14,026.50
                                                   _____

Total - current charges:                                      14,026.50

⬖msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                               Client ID: 51251
Suite 1700                                          Invoice: 448854
Burbank, CA 91505

                                                   April 13, 2022
                                                   Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through March 31, 2022:**

| | | | | |
|---|---|---|---|---|
| 03/01/22 | Legal research for reply to Plaintiff's opposition. | C. DENNIS | 7.00 | 3,045.00 |
| 03/02/22 | Drafting reply to Plaintiff's opposition to motion to dismiss. | C. DENNIS | 6.50 | 2,827.50 |
| 03/03/22 | Drafting reply to Plaintiff's opposition to motion to dismiss. | C. DENNIS | 6.90 | 3,001.50 |
| 03/03/22 | Review and revise reply brief. | E LACKMAN | 1.40 | 973.00 |
| 03/03/22 | Cite-check and edit reply brief in support of motion for partial dismissal of complaint (3.0); email C. Dennis regarding cite-checked brief (0.2) | E. MOSES | 3.20 | 944.00 |
| 03/04/22 | Editing Reply to Plaintiff's opposition to motion to dismiss, and coordinating filing. | C. DENNIS | 3.00 | 1,305.00 |
| 03/04/22 | Review and revise reply brief; conduct final read of same and further revise. | E LACKMAN | 0.90 | 625.50 |
| 03/15/22 | Review judge's/local rules on continuance (0.5); reviewing past emails between client and plaintiff re plaintiff's knowledge of client's process (0.6); draft analysis for Plaintiff's counsel re the same (0.5) | C. DENNIS | 1.60 | 696.00 |

◈msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                        Client ID: 51251
Suite 1700                                              Invoice: 448854
Burbank, CA 91505

                                                             April 13, 2022
                                                             Page 3

03/17/22   Pull most important cases cited in motion   C. DENNIS          1.40          609.00
           and reply papers in preparation for
           tomorrow's hearing; create an index for
           easier/quicker use during hearing.

                                                                          _____

Total Fees:                                                                    $14,026.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|------|------|---|------|
| E LACKMAN | 2.30 | hours at | $695.00 | = | 1,598.50 |
| C. DENNIS | 26.40 | hours at | $435.00 | = | 11,484.00 |
| E. MOSES | 3.20 | hours at | $295.00 | = | 944.00 |
| SUMMARY TOTALS | 31.90 | | | | 14,026.50 |

## msk

### MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 448854

April 13, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 14,026.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$14,026.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

14142788.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 450235
Burbank, CA 91505

                                                         May 11, 2022

**LEGAL SERVICES RENDERED** through April 30, 2022

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    3,504.00
                                                               3,504.00
                                                        _____

Total - current charges:                                        3,504.00

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

⬨⬨ msk

---

Vubiquity, Inc.                                             Atty No.: 00750
3900 W Alameda Avenue                                       Client ID: 51251
Suite 1700                                                  Invoice: 450235
Burbank, CA 91505

                                                           May 11, 2022
                                                           Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through April 30, 2022:**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 04/11/22 | Review and comment on proposed follow up to plaintiff's counsel regarding representations made in court. | E LACKMAN | 0.30 | 208.50 |
| 04/12/22 | Pull case for E. Lackman to prepare for CMI argument; draft note to opposing counsel re facts of case. | C. DENNIS | 1.00 | 435.00 |
| 04/14/22 | Draft note to Jan re accuracy of email exchanges between client and LIVN. | C. DENNIS | 0.70 | 304.50 |
| 04/18/22 | Review proposed note to opposing counsel regarding representations in opposition brief and email; revise same and draft points regarding schedule. | E LACKMAN | 0.60 | 417.00 |
| 04/22/22 | Conference with plaintiff's counsel regarding scheduling. | E LACKMAN | 0.30 | 208.50 |
| 04/27/22 | Draft stipulation to extend time for discovery; draft declaration. | C. DENNIS | 2.40 | 1,044.00 |
| 04/28/22 | Review and revise stipulation to adjourn initial conference. | E LACKMAN | 0.90 | 625.50 |
| 04/29/22 | Coordinate filing for stipulation to extend scheduling conference based on MTD. | C. DENNIS | 0.60 | 261.00 |

Total Fees:                                                           $3,504.00

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 450235
Burbank, CA 91505
                                                         May 11, 2022
                                                         Page 3

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| E LACKMAN | 2.10 | hours at | $695.00 | = | 1,459.50 |
| C. DENNIS | 4.70 | hours at | $435.00 | = | 2,044.50 |
| SUMMARY TOTALS | 6.80 | | | | 3,504.00 |

14219784.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 450235

May 11, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 3,504.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$3,504.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

14219784.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000        Fax: (310) 312-3100        TIN: 95-1883538

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 453424
Burbank, CA 91505

                                                        July 20, 2022

**LEGAL SERVICES RENDERED** through June 30, 2022

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                     486.50
                                                               486.50
                                                ─────────────

TOTAL DUE:                                              $486.50

◇◇msk

---

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 453424
Burbank, CA 91505
                                                        July 20, 2022
                                                        Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through June 30, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/21/22 | Conference with plaintiff's counsel regarding extension of time. | E LACKMAN | 0.30 | 208.50 |
| 06/23/22 | Revise papers on request to adjourn scheduling conference. | E LACKMAN | 0.40 | 278.00 |

Total Fees:                                                            $486.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| E LACKMAN | 0.70 | hours at  $695.00  = | 486.50 |
| SUMMARY TOTALS | 0.70 | | 486.50 |

14387926.3

![msk logo]

# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 453424

July 20, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 486.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$486.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

14387926.3

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 454845
Burbank, CA 91505
EBill via Legal Tracker                                 August 18, 2022


**LEGAL SERVICES RENDERED** through July 31, 2022

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                                      556.00
                                                                         556.00
                                                                         ───────
Total - current charges:                                                 556.00

14532524.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

msk

---

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 454845
Burbank, CA 91505
EBill via Legal Tracker                                  August 18, 2022
                                                         Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through July 31, 2022:**

| 07/22/22 | Call in response to voice message regarding scheduling proposal; conference with plaintiff's counsel regarding same; review and comment on proposed submission to court on request to adjourn conference; review and report on ruling on motion to dismiss. | E. LACKMAN | 0.80 | 556.00 |

Total Fees:                                                        $556.00

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| E. LACKMAN | 0.80 hours at $695.00 = | | 556.00 |
| SUMMARY TOTALS | 0.80 | | 556.00 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 454845

August 18, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---|
| Current Fees: | 556.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$556.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:                121000248
Bank Name:                                 Wells Fargo Bank, N.A.
Bank Address:                             420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:              4159349430
Beneficiary Account Name:           Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

14532524.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 456040
Burbank, CA 91505
EBill via Legal Tracker                            September 19, 2022

**LEGAL SERVICES RENDERED** through August 31, 2022

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                        12,580.50
                                                              12,580.50
                                                   ─────────────
Total - current charges:                                      12,580.50

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000        Fax: (310) 312-3100        TIN: 95-1883538

〰 msk

Vubiquity, Inc.                                             Atty No.: 00750
3900 W Alameda Avenue                                       Client ID: 51251
Suite 1700                                                  Invoice: 456040
Burbank, CA 91505
EBill via Legal Tracker                                     September 19, 2022
                                                           Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through August 31, 2022:**

| | | | | |
|---|---|---|---|---|
| 08/05/22 | Review amended complaint and report to client regarding same (0.6). | E. LACKMAN | 0.60 | 417.00 |
| 08/09/22 | Draft summary of key points for renewed motion to dismiss. | E. LACKMAN | 0.30 | 208.50 |
| 08/10/22 | Evaluate Order Granting Defendant's Partial Motion to Dismiss the First Amended Complaint for drafting of Motion to Dismiss the Second Amended Complaint (1.0). | B. HUGHES | 1.00 | 515.00 |
| 08/11/22 | Confer with E. Lackman concerning Motion to Dismiss the Second Amended Complaint (0.3). | B. HUGHES | 0.30 | 154.50 |
| 08/12/22 | Review and revise stipulation to extend time to submit schedule. | E. LACKMAN | 0.20 | 139.00 |
| 08/15/22 | Prepare research regarding causation in California fraud causes of action (2.2); prepare Motion to Dismiss the Second Amended Complaint (5.1). | B. HUGHES | 7.30 | 3,759.50 |
| 08/16/22 | Review and revise full memo of law on motion to dismiss. | E. LACKMAN | 3.50 | 2,432.50 |
| 08/18/22 | Prepare exhibits to support Motion to Dismiss the Second Amended Complaint (0.5). | B. HUGHES | 0.50 | 257.50 |

14798549.2

⬗ msk

Vubiquity, Inc.                                                    Atty No.: 00750
3900 W Alameda Avenue                                             Client ID: 51251
Suite 1700                                                       Invoice: 456040
Burbank, CA 91505
EBill via Legal Tracker                                          September 19, 2022
                                                                Page 3

| 08/18/22 | Review and comment on proposed approach to request for judicial notice; draft note to plaintiff's counsel regarding disclosure of financial terms. | E. LACKMAN | 0.40 | 278.00 |
|---|---|---|---|---|
| 08/18/22 | Compile and prepare exhibit for motion to dismiss. | J. HERING | 0.30 | 85.50 |
| 08/19/22 | Prepare revisions to Motion to Dismiss Second Amended Complaint and accompanying documents (5.4); prepare Request for Judicial Notice in Support of Motion to Dismiss Second Amended Complaint (1.8). | B. HUGHES | 7.20 | 3,708.00 |
| 08/19/22 | Review and revise all proposed papers for motion to dismiss. | E. LACKMAN | 0.90 | 625.50 |

Total Fees:                                                              $12,580.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| E. LACKMAN | 5.90 | hours at | $695.00 | = | 4,100.50 |
| B. HUGHES | 16.30 | hours at | $515.00 | = | 8,394.50 |
| J. HERING | 0.30 | hours at | $285.00 | = | 85.50 |
| SUMMARY TOTALS | 22.50 | | | | 12,580.50 |

14798549.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 456040

September 19, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 12,580.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$12,580.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:            121000248
Bank Name:                        Wells Fargo Bank, N.A.
Bank Address:                     420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:          4159349430
Beneficiary Account Name:         Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

# msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                              Atty No.: 00750
3900 W Alameda Avenue                        Client ID: 51251
Suite 1700                                   Invoice: 457034
Burbank, CA 91505
EBill via Legal Tracker                      October 10, 2022

**LEGAL SERVICES RENDERED** through September 30, 2022

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                      8,450.50
                                                              8,450.50
                                                    ─────────────

Total - current charges:                                      8,450.50

14859693.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

⬙msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 457034
Burbank, CA 91505
EBill via Legal Tracker                                  October 10, 2022
                                                         Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through September 30, 2022:**

| | | | | |
|---|---|---|---|---|
| 09/11/22 | Prepare reply brief in support of motion to dismiss the second amended complaint (2.1). | B. HUGHES | 2.10 | 1,081.50 |
| 09/11/22 | Review opposition brief; draft overview of points and approach for B. Hughes for draft of reply. | E. LACKMAN | 0.50 | 347.50 |
| 09/14/22 | Prepare reply memorandum in support of motion to dismiss plaintiff's state law claims (9.6). | B. HUGHES | 9.60 | 4,944.00 |
| 09/14/22 | Review and revise reply brief on motion to dismiss; draft note to client regarding same. | E. LACKMAN | 1.30 | 903.50 |
| 09/16/22 | Revise reply in support of motion to dismiss state law claims (1.2). | B. HUGHES | 1.20 | 618.00 |
| 09/16/22 | Review and comment on request for judicial notice and updated memo of law; review proposed final documents and send same to client with cover note. | E. LACKMAN | 0.60 | 417.00 |
| 09/30/22 | Review and comment on stipulation to adjourn scheduling conference. | E. LACKMAN | 0.20 | 139.00 |

Total Fees:                                                          $8,450.50

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 457034
Burbank, CA 91505
EBill via Legal Tracker                                  October 10, 2022
                                                         Page 3

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| E. LACKMAN | 2.60 | hours at | $695.00 | = | 1,807.00 |
| B. HUGHES | 12.90 | hours at | $515.00 | = | 6,643.50 |
| | | | | | |
| SUMMARY TOTALS | 15.50 | | | | 8,450.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 457034

October 10, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 8,450.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$8,450.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:           121000248
Bank Name:                       Wells Fargo Bank, N.A.
Bank Address:                    420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:         4159349430
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A Law Partnership Including Professional Corporations

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 458855
Burbank, CA 91505
EBill via Legal Tracker                                 November 15, 2022

**LEGAL SERVICES RENDERED** through October 31, 2022

Re:   LIV Worldwide Ltd.
      Matter Id: 202100017                      2,060.00
                                                            2,060.00
                                                _____

Total - current charges:                                    2,060.00

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

## ⬦⬦msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 458855
Burbank, CA 91505
EBill via Legal Tracker                              November 15, 2022
                                                     Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through October 31, 2022:**

| | | | | |
|---|---|---|---|---|
| 10/11/22 | Prepare notice of appearance in advance of oral argument on motion to dismiss (0.3); analyze case law in motion to dismiss in advance of oral argument (1.2). | B. HUGHES | 1.50 | 772.50 |
| 10/31/22 | Evaluate case law cited in opposition to motion to dismiss in preparation for oral argument on motion (2.5). | B. HUGHES | 2.50 | 1,287.50 |

Total Fees:                                                            $2,060.00

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| B. HUGHES | 4.00   hours at   $515.00   = | | 2,060.00 |
| SUMMARY TOTALS | 4.00 | | 2,060.00 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 458855

November 15, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 2,060.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,060.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

14946834.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100     TIN: 95-1883538

## msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                              Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                                    Invoice: 459985
Burbank, CA 91505
EBill via Legal Tracker                                  December 11, 2022

**LEGAL SERVICES RENDERED** through November 30, 2022

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                          4,864.00
                                                                         4,864.00
                                                            _____

Total - current charges:                                     4,864.00

msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 459985

December 11, 2022
Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through November 30, 2022:**

| | | | | |
|---|---|---|---|---|
| 11/02/22 | Analyze case law in opposition to motion to dismiss (3.1); analyze amended complaint (0.7); analyze court's order on initial motion to dismiss in preparation for oral argument (0.5). | B. HUGHES | 4.30 | 2,214.50 |
| 11/03/22 | Prepare for oral argument on motion to dismiss second amended complaint (4.1); evaluate order taking defendant's motion to dismiss under submission (0.1). | B. HUGHES | 4.20 | 2,163.00 |
| 11/21/22 | Draft instructions for submission of updated stipulation; draft update to client. | E. LACKMAN | 0.30 | 208.50 |
| 11/22/22 | Revise stipulation to adjourn discovery conference; review ruling and report to client regarding same. | E. LACKMAN | 0.40 | 278.00 |

Total Fees:                                                                          $4,864.00

**msk**

---

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 459985
Burbank, CA 91505
EBill via Legal Tracker                                December 11, 2022
                                                       Page 3

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|------|------|------|------|
| E. LACKMAN | 0.70 | hours at | $695.00 | = | 486.50 |
| B. HUGHES | 8.50 | hours at | $515.00 | = | 4,377.50 |
| | | | | | |
| SUMMARY TOTALS | 9.20 | | | | 4,864.00 |

# MSK

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 459985

December 11, 2022

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 4,864.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$4,864.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15013423.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 461638
Burbank, CA 91505
EBill via Legal Tracker                            January 19, 2023

**LEGAL SERVICES RENDERED** through December 31, 2022

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                        10,892.50
                                                                10,892.50
                                                   _____

Total - current charges:                                        10,892.50

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

15105348.2

⧄msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 461638
Burbank, CA 91505
EBill via Legal Tracker                              January 19, 2023
                                                     Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through December 31, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/01/22 | Analyze court's order on Vubiquity's motion to dismiss the second amended complaint (1.0). | B. HUGHES | 1.00 | 515.00 |
| 12/12/22 | Correspondence with LIV counsel regarding required discovery schedule. | E. LACKMAN | 0.10 | 69.50 |
| 12/22/22 | Research authority on copyright action damages for use in Rule 26(f) statement (4.2). | B. HUGHES | 4.20 | 2,163.00 |
| 12/22/22 | Review proposed schedule for discovery; draft response to plaintiff counsel regarding same; draft note to B. Hughes regarding response material and key points for same. | E. LACKMAN | 0.60 | 417.00 |
| 12/23/22 | Hold meet and confer with opposing counsel (0.6); draft report to client with questions for responding to draft of 26(f) report (0.4). | E. LACKMAN | 1.00 | 695.00 |
| 12/27/22 | Prepare answer to plaintiff's second amended complaint (2.8). | B. HUGHES | 2.80 | 1,442.00 |
| 12/27/22 | Review and revise 26(f) report; follow up with B. Hughes on same (0.8); review updated edits and prior correspondence for inclusion in report and send same to client (0.7). | E. LACKMAN | 1.50 | 1,042.50 |

### msk

Vubiquity, Inc.                                            Atty No.: 00750
3900 W Alameda Avenue                                      Client ID: 51251
Suite 1700                                                 Invoice: 461638
Burbank, CA 91505
EBill via Legal Tracker                                    January 19, 2023
                                                          Page 3

| Date | Description | Attorney | Hours | Fees |
|------|-------------|----------|-------|------|
| 12/28/22 | Prepare answer to plaintiff's second amended complaint (0.7). | B. HUGHES | 0.60 | 309.00 |
| 12/28/22 | Review and revise 26(f) report; follow up with B. Hughes on same (0.8); review updated edits and prior correspondence for inclusion in report and send same to client (0.7); review and revise answer to second amended complaint (1.8). | E. LACKMAN | 3.30 | 2,293.50 |
| 12/29/22 | Conference with J. Findlay and team (0.6); revise and check 26(f) report (0.2). | E. LACKMAN | 0.80 | 556.00 |
| 12/30/22 | Correspondence with opposing counsel regarding joint report (0.2); review and revise same (0.1); further review and revise Answer (1.6); send note to client regarding same (0.1). | E. LACKMAN | 2.00 | 1,390.00 |

Total Fees:                                                          $10,892.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| E. LACKMAN | 9.30 | hours at | $695.00 | = | 6,463.50 |
| B. HUGHES | 8.60 | hours at | $515.00 | = | 4,429.00 |
| SUMMARY TOTALS | 17.90 | | | | 10,892.50 |

15105348.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 461638

January 19, 2023

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 10,892.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$10,892.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:              121000248
Bank Name:                          Wells Fargo Bank, N.A.
Bank Address:                       420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:            4159349430
Beneficiary Account Name:           Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15105348.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 462924
Burbank, CA 91505
EBill via Legal Tracker                                February 21, 2023

**LEGAL SERVICES RENDERED** through January 31, 2023

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    2,228.50
                                                                2,228.50
                                                        _____

Total - current charges:                                        2,228.50

msk

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 462924
Burbank, CA 91505
EBill via Legal Tracker                            February 21, 2023
                                                   Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through January 31, 2023:**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/05/23 | Prepare Vubpuity's answer to the complaint (0.3). | B. HUGHES | 0.30 | 154.50 |
| 01/09/23 | Evaluate Joint Rule 26(f) report (0.3). | B. HUGHES | 0.30 | 154.50 |
| 01/11/23 | Follow up on answer (0.2); update offer of judgment and draft proposed cover note for client review (0.4). | E. LACKMAN | 0.60 | 429.00 |
| 01/12/23 | Evaluate proposed offer of judgment (0.2); evaluate order setting trial scheduling (0.6); prepare answer to plaintiffs' complaint (1.4). | B. HUGHES | 2.20 | 1,133.00 |
| 01/12/23 | Update cover note on offer of judgment; check updated answer; review schedule and report to client regarding same. | E. LACKMAN | 0.50 | 357.50 |

Total Fees:                                                              $2,228.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| E. LACKMAN | 1.10 | hours at | $715.00 | = | 786.50 |
| B. HUGHES | 2.80 | hours at | $515.00 | = | 1,442.00 |
| | | | | | |
| SUMMARY TOTALS | 3.90 | | | | 2,228.50 |

# msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 462924
Burbank, CA 91505
EBill via Legal Tracker                                 February 21, 2023

15182617.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 462924

February 21, 2023

# REMITTANCE
## (please include with payment)

| | |
|---|---:|
| Current Fees: | 2,228.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,228.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                               Wells Fargo Bank, N.A.
Bank Address:                            420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:           4159349430
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15182617.2

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000       Fax: (310) 312-3100       TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 466337
Burbank, CA 91505
EBill via Legal Tracker                                  May 4, 2023

**LEGAL SERVICES RENDERED** through April 30, 2023

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    12,822.00
                                                          12,822.00
                                                _____

TOTAL DUE:                                              $12,822.00

15420488.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000     Fax: (310) 312-3100     TIN: 95-1883538

msk

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                 Client ID: 51251
Suite 1700                                            Invoice: 466337
Burbank, CA 91505
EBill via Legal Tracker                               May 4, 2023
                                                      Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through April 30, 2023:**

| | | | | |
|---|---|---|---|---|
| 04/05/23 | Review LIVN discovery demands; summarize same for client and advise on next steps. | E. LACKMAN | 0.40 | 286.00 |
| 04/06/23 | Prepare Defendant's first set of requests for admission (1.1); prepare Defendant's first set of requests for production (2.3). | B. HUGHES | 3.40 | 1,751.00 |
| 04/07/23 | Prepare first set of interrogatories to Plaintiff LIVN (2.0); revise requests for production to LIVN (0.9); revise requests for admission to LIVN (0.4) . | B. HUGHES | 3.30 | 1,699.50 |
| 04/11/23 | Prepare written responses to plaintiff's requests for production (2.8). | B. HUGHES | 2.80 | 1,442.00 |
| 04/12/23 | Prepare written responses to plaintiff's requests for production (0.3). | B. HUGHES | 0.30 | 154.50 |
| 04/19/23 | Review and revise discovery collection summary for client. | E. LACKMAN | 0.90 | 643.50 |
| 04/20/23 | Review and revise discovery collection summary for client. | E. LACKMAN | 0.50 | 357.50 |
| 04/21/23 | Review and revise interrogatories and document requests. | E. LACKMAN | 0.70 | 500.50 |

⬧⬧msk

Vubiquity, Inc.                                           Atty No.: 00750
3900 W Alameda Avenue                                     Client ID: 51251
Suite 1700                                                Invoice: 466337
Burbank, CA 91505
EBill via Legal Tracker                                   May 4, 2023
                                                         Page 3

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/24/23 | Prepare objections and responses to plaintiff's first set of requests for production (1.7); prepare objections and responses to plaintiff's requests for admission (1.3); analyze answer to plaintiff's complaint for purposes of preparing discovery responses (0.4). | B. HUGHES | 3.40 | 1,751.00 |
| 04/25/23 | Prepare objections and responses to plaintiff's special interrogatories (1.7). | B. HUGHES | 1.70 | 875.50 |
| 04/25/23 | Review responses to RFAs. | E. LACKMAN | 0.30 | 214.50 |
| 04/26/23 | Prepare revisions to request for admissions (0.6); prepare revisions to requests for production (0.6). | B. HUGHES | 1.20 | 618.00 |
| 04/26/23 | Continue reviewing and revising responses to RFAs; review and revise interrogatory answers and document response objections. | E. LACKMAN | 1.40 | 1,001.00 |
| 04/27/23 | Prepare revised copy of defendant's requests for production (0.3); attend client meeting with E. Lackman concerning discovery obligations (1.0). | B. HUGHES | 1.30 | 669.50 |
| 04/27/23 | Review and comment on additional discovery requests; strategy meeting with client regarding document collection and discovery. | E. LACKMAN | 1.20 | 858.00 |

Total Fees:                                                          $12,822.00

⧅⧅ msk

Vubiquity, Inc.                                             Atty No.: 00750
3900 W Alameda Avenue                                       Client ID: 51251
Suite 1700                                                  Invoice: 466337
Burbank, CA 91505
EBill via Legal Tracker                                     May 4, 2023
                                                           Page 4

**<u>Billing Summary</u>**

| <u>Name</u> | <u>Hours</u> | <u>Rate</u> | <u>Fees</u> |
|---|---|---|---|
| E. LACKMAN | 5.40  hours at | $715.00  = | 3,861.00 |
| B. HUGHES | 17.40  hours at | $515.00  = | 8,961.00 |
| | | | |
| SUMMARY TOTALS | 22.80 | | 12,822.00 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 466337

May 4, 2023

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 12,822.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$12,822.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Routing Number or ABA: | 121000248 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery, San Francisco, CA 94104 |
| Beneficiary Account No.: | 4159349430 |
| Beneficiary Account Name: | Mitchell Silberberg & Knupp LLP |

For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15420488.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100     TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 467947
Burbank, CA 91505
EBill via Legal Tracker                            June 9, 2023

**LEGAL SERVICES RENDERED** through May 31, 2023

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    17,539.00
                                                            17,539.00
                                                _____

Total - current charges:                                    17,539.00

msk

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 467947
Burbank, CA 91505
EBill via Legal Tracker                            June 9, 2023
                                                   Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through May 31, 2023:**

| 05/01/23 | Prepare Vubiquity's responses to Plaintiff's special interrogatories (2.3). | B. HUGHES | 2.30 | 1,184.50 |
|---|---|---|---|---|
| 05/01/23 | Review and update interrogatory and RFA responses. | E. LACKMAN | 1.30 | 929.50 |
| 05/02/23 | Review proposed edits to discovery requests and comment on same; outreach to LIVN counsel regarding extension of time. | E. LACKMAN | 0.30 | 214.50 |
| 05/08/23 | Review Juice Worldwide documents concerning course of dealing with Plaintiff (0.6); prepare and serve defendant's written discovery responses to plaintiff's discovery requests (3.9). | B. HUGHES | 4.50 | 2,317.50 |
| 05/08/23 | Call with opposing counsel regarding expert deadline and send note to client regarding same (0.2); review and comment on proposed final written discovery responses (0.4). | E. LACKMAN | 0.60 | 429.00 |
| 05/10/23 | Evaluate expert report of A. Goedde (1.4). | B. HUGHES | 1.40 | 721.00 |
| 05/12/23 | Prepare research regarding admissibility standards for expert opinions on copyright damages (1.3). | B. HUGHES | 1.30 | 669.50 |

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 467947
Burbank, CA 91505
EBill via Legal Tracker                                  June 9, 2023
                                                         Page 3

| 05/12/23 | Review expert report; conduct diligence on same; conference with potential expert. | E. LACKMAN | 1.50 | 1,072.50 |
|----------|-----------------------------------------------------------------------------------|------------|------|----------|
| 05/12/23 | Background and testimony research on experts for E. Lackman. | P. ROSENBLUM | 2.60 | 715.00 |
| 05/15/23 | Evaluate analysis of experts who have testified opposite to A Goedde (0.9). | B. HUGHES | 0.90 | 463.50 |
| 05/15/23 | Background and testimony research on experts for E. Lackman. | P. ROSENBLUM | 4.20 | 1,155.00 |
| 05/26/23 | Evaluate plaintiff's expert report on damages (1.1); review court filings discussing the work of plaintiff's damages expert A Goedde (1.9); evaluate discovery responses for preparation of meet and confer correspondence (0.7). | B. HUGHES | 3.70 | 1,905.50 |
| 05/26/23 | Correspondence with opposing counsel and client regarding experts and documents. | E. LACKMAN | 0.50 | 357.50 |
| 05/28/23 | Review correspondence from J. Sundberg regarding expert discovery (0.1). | B. HUGHES | 0.10 | 51.50 |
| 05/29/23 | Prepare meet-and-confer correspondence regarding Vubiquity's written discovery responses (1.7). | B. HUGHES | 1.70 | 875.50 |

⬨⬨msk

---

Vubiquity, Inc.                                           Atty No.: 00750
3900 W Alameda Avenue                                     Client ID: 51251
Suite 1700                                               Invoice: 467947
Burbank, CA 91505
EBill via Legal Tracker                                  June 9, 2023
                                                         Page 4

| 05/30/23 | Prepare meet-and-confer correspondence concerning expert discovery and Plaintiff's proposed amendment of the Complaint (0.7); confer with clients and E. Lackman concerning document production (0.8); prepare research on expert determinations of damages in copyright matters (1.0). | B. HUGHES | 2.50 | 1,287.50 |

| 05/30/23 | Review expert report and outline points for addressing (0.4); call with client regarding options (0.7); draft note to client regarding prior deals and models (0.2). | E. LACKMAN | 1.30 | 929.50 |

| 05/30/23 | Confer with Z. Joseph, I. Manaster (clients), E. Lackerman, and B. Hughes regarding procuring, review, and analysis of documents such as e-mails from certain custodians regarding the essential elements of the causes of action, as well further discussion into contracts and deal types including but not limited to scheduling times to discuss further with J. Keiles (0.8). | J. BERNARDINO | 0.80 | 228.00 |

15520587.2

⬙⬙msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 467947
Burbank, CA 91505
EBill via Legal Tracker                                  June 9, 2023
                                                         Page 5

| | | | | |
|---|---|---|---|---|
| 05/30/23 | Confer with L. Plovnick regarding providing Paralegal support for this matter, as well discussion with respect to potential scheduling conflicts (0.3); confer with E. Lackerman, B. Hughes, and L. Plovnick regarding confirmation of assistance (0.1); confer with E. Lackerman and B. Hughes regarding phone call with client today (0.2); confer with E. Lackerman and B. Hughes regarding upcoming schedule conflicts with respect to deadlines and time off (0.1); confer with Held Desk regarding access to the PSF for this matter (0.2). | J. BERNARDINO | 0.80 | 228.00 |
| 05/31/23 | Prepare requests for document production (0.7); prepare research on expert damages testimony in copyright actions (1.0). | B. HUGHES | 1.70 | 875.50 |
| 05/31/23 | Call with team regarding expert materials (0.6); draft follow up to team regarding YouTube use, additional requests, timing on expert deposition (0.5). | E. LACKMAN | 1.10 | 786.50 |
| 05/31/23 | Confer with E. Lackman and B. Hughes regarding phone call with Client and capturing YouTube footage (0.3); confer with W. Kim and E. Lackman regarding the same (0.2). | J. BERNARDINO | 0.50 | 142.50 |

Total Fees:                                                          $17,539.00

msk

---

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 467947

June 9, 2023
Page 6

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| E. LACKMAN | 6.60 | hours at | $715.00 | = | 4,719.00 |
| B. HUGHES | 20.10 | hours at | $515.00 | = | 10,351.50 |
| J. BERNARDINO | 2.10 | hours at | $285.00 | = | 598.50 |
| P. ROSENBLUM | 6.80 | hours at | $275.00 | = | 1,870.00 |
| | | | | | |
| SUMMARY TOTALS | 35.60 | | | | 17,539.00 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 467947

June 9, 2023

# REMITTANCE
## (please include with payment)

| | |
|---|---:|
| Current Fees: | 17,539.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$17,539.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:            121000248
Bank Name:                        Wells Fargo Bank, N.A.
Bank Address:                     420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:          4159349430
Beneficiary Account Name:         Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15520587.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 469523
Burbank, CA 91505
EBill via Legal Tracker                                July 17, 2023


**LEGAL SERVICES RENDERED** through June 30, 2023

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                     14,711.50
                                                            14,711.50
                                                            ──────────

Total - current charges:                                    14,711.50

15612586.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100     TIN: 95-1883538

◈msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 469523
Burbank, CA 91505
EBill via Legal Tracker                                  July 17, 2023
                                                         Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through June 30, 2023:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | Review request from opposing counsel regarding timing of discovery; follow up with client and respond on same. | E. LACKMAN | 0.30 | 214.50 |
| 06/01/23 | Confer with W. Kim regarding extractions of uploaded content (40 episodes) on YouTube (0.1); confer with E. Lackman and B. Hughes regarding W. Kim's extractions (0.1). | J. BERNARDINO | 0.20 | 57.00 |
| 06/01/23 | Forensic collection of websites per the request of Mr. Bernardino. | W. KIM | 0.80 | 304.00 |
| 06/02/23 | Prepare Requests for Production Set Two (0.8). | B. HUGHES | 0.80 | 412.00 |
| 06/06/23 | Prepare Vubiquity's Second Set of Requests for Admission (0.8); prepare request for production of documents (0.9). | B. HUGHES | 1.70 | 875.50 |
| 06/08/23 | Prepare deposition notice of A. Goedde (0.7). | B. HUGHES | 0.70 | 360.50 |
| 06/11/23 | Revise expert witness deposition notice to A. Goedde (0.4) | B. HUGHES | 0.40 | 206.00 |
| 06/12/23 | Review deposition notice to expert and comment on same. | E. LACKMAN | 0.20 | 143.00 |

msk

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 469523
Burbank, CA 91505
EBill via Legal Tracker                                 July 17, 2023
                                                        Page 3

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/13/23 | Evaluate exhibits to expert report of Alan G. Goedde (0.8); evaluate expert report of Alan G. Goedde (0.8); evaluate outstanding discovery requests in anticipation of upcoming response date (0.9); evaluate documents provided by client (0.9); attend meeting with opposing counsel concerning document production (0.7). | B. HUGHES | 4.10 | 2,111.50 |
| 06/13/23 | Conference with B. Hughes regarding various fact and expert discovery items (0.4); review incoming documents and status of same (0.2); conference with opposing counsel regarding discovery deadlines, settlement conference, and status of discovery (0.6); draft memo to opposing counsel memorializing same (0.3); draft memo to client regarding same (0.3). | E. LACKMAN | 1.80 | 1,287.00 |
| 06/15/23 | Analyze documents in advance of document production (1.3); evaluate Central District of California process for engaging in pretrial mediation (0.3). | B. HUGHES | 1.60 | 824.00 |
| 06/16/23 | Prepare proposed protective order (1.1). | B. HUGHES | 1.10 | 566.50 |
| 06/20/23 | Prepare documents for production in response to LIVN's document requests (0.9); revise protective order (0.4). | B. HUGHES | 1.30 | 669.50 |

⬦msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                               Client ID: 51251
Suite 1700                                          Invoice: 469523
Burbank, CA 91505
EBill via Legal Tracker                            July 17, 2023
                                                   Page 4

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 06/20/23 | Confer with B. Hughes and E. Lackman regarding 2023.06.20 document production, preparation for production, and analysis of documents to be produced (1.4). | J. BERNARDINO | 1.40 | 399.00 |
| 06/20/23 | Cross-review, cross-analyze and perform finalization of documents (Bates stamping and confidential markings) to be produced to Plaintiff's Counsel (0.3); generate secured file transfer protocols for production to Plaintiff's Counsel (0.1). | J. BERNARDINO | 0.40 | 114.00 |
| 06/23/23 | Follow up with client regarding mediation and protective order. | E. LACKMAN | 0.20 | 143.00 |
| 06/27/23 | Revise protective order (0.3). | B. HUGHES | 0.30 | 154.50 |
| 06/27/23 | Correspondence with client regarding protective order and scheduling (0.2); draft note to opposing counsel regarding same (0.2). | E. LACKMAN | 0.40 | 286.00 |
| 06/28/23 | Prepare revised request for admissions to plaintiff (1.1). | B. HUGHES | 1.10 | 566.50 |
| 06/28/23 | Review edits to proposed protective order. | E. LACKMAN | 0.10 | 71.50 |
| 06/29/23 | Evaluate plaintiff's discovery responses (2.1); prepare for conference call with plaintiff's counsel (0.5); attend conference call with plaintiff's counsel (1.0). | B. HUGHES | 3.60 | 1,854.00 |

⬦msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 469523
Burbank, CA 91505
EBill via Legal Tracker                                  July 17, 2023
                                                         Page 5

| | | | |
|---|---|---|---|
| 06/29/23 | Review interrogatory and RFP responses; concurrently draft comments for additional requests to plaintiff (1.0); call with opposing counsel (0.8); draft memos to opposing counsel and client regarding conference and proposed dates (0.3); review and comment on updated RFAs (0.2). | E. LACKMAN | 2.30 | 1,644.50 |
| 06/29/23 | Review and process LIVN responses to Set One Interrogatories and Requests for Production of Documents (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 06/30/23 | Prepare joint stipulation extending trial date (1.5); evaluate standing trial and pretrial dates (0.5); prepare correspondence to opposing counsel concerning joint stipulation (0.2); prepare correspondence to opposing counsel concerning protective order (0.1); prepare proposed order extending certain dates (0.4). | B. HUGHES | 2.70 | 1,390.50 |

Total Fees:                                                       $14,711.50

msk

Vubiquity, Inc.                                              Atty No.: 00750
3900 W Alameda Avenue                            Client ID: 51251
Suite 1700                                                    Invoice: 469523
Burbank, CA 91505
EBill via Legal Tracker                              July 17, 2023
                                                                  Page 6

**<u>Billing Summary</u>**

| <u>Name</u> | <u>Hours</u> | | Rate | | <u>Fees</u> |
|---|---|---|---|---|---|
| E. LACKMAN | 5.30 | hours at | $715.00 | = | 3,789.50 |
| B. HUGHES | 19.40 | hours at | $515.00 | = | 9,991.00 |
| W. KIM | 0.80 | hours at | $380.00 | = | 304.00 |
| J. BERNARDINO | 2.20 | hours at | $285.00 | = | 627.00 |
| SUMMARY TOTALS | 27.70 | | | | 14,711.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 469523

July 17, 2023

# REMITTANCE
## (please include with payment)

| | |
|---|---|
| Current Fees: | 14,711.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$14,711.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:            121000248
Bank Name:                        Wells Fargo Bank, N.A.
Bank Address:                     420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:          4159349430
Beneficiary Account Name:         Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15612586.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000        Fax: (310) 312-3100        TIN: 95-1883538

**msk**

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                              Atty No.: 00750
3900 W Alameda Avenue                                        Client ID: 51251
Suite 1700                                                   Invoice: 470779
Burbank, CA 91505
EBill via Legal Tracker                                      August 14, 2023

**LEGAL SERVICES RENDERED** through July 31, 2023

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                          6,860.50
                                                                    6,860.50
                                                                    ———————
Total - current charges:                                            6,860.50

Mmsk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 470779
Burbank, CA 91505
EBill via Legal Tracker                              August 14, 2023
                                                     Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through July 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 07/06/23 | Prepare discovery deficiency correspondence (5.3). | B. HUGHES | 5.30 | 2,729.50 |
| 07/10/23 | Prepare and serve supplemental requests for production and request for admissions (1.6). | B. HUGHES | 1.60 | 824.00 |
| 07/11/23 | Draft note to counsel regarding status of protective order. | E. LACKMAN | 0.10 | 71.50 |
| 07/19/23 | Draft note to J. Sunderberg regarding request for consent for withdrawal. | E. LACKMAN | 0.20 | 143.00 |
| 07/20/23 | Prepare research regarding standards of admissibility of expert opinions for motion to strike A. Goedde testimony (3.7). | B. HUGHES | 3.70 | 1,905.50 |
| 07/21/23 | Call with plaintiff's counsel regarding withdrawal; draft note to client with proposal regarding same. | E. LACKMAN | 0.50 | 357.50 |
| 07/23/23 | Review motion to withdraw as counsel filed by plaintiff's counsel (0.5). | B. HUGHES | 0.50 | 257.50 |
| 07/24/23 | Review motion to withdraw and supplement with comments for defendant. | E. LACKMAN | 0.80 | 572.00 |

Total Fees:                                                        $6,860.50

⬡ msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 470779
Burbank, CA 91505
EBill via Legal Tracker                              August 14, 2023
                                                     Page 3

**Billing Summary**

| Name | Hours | Rate | Fees |
|------|------|------|------|
| E. LACKMAN | 1.60 hours at | $715.00 = | 1,144.00 |
| B. HUGHES | 11.10 hours at | $515.00 = | 5,716.50 |
| | | | |
| SUMMARY TOTALS | 12.70 | | 6,860.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 470779

August 14, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 6,860.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$6,860.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15703495.2

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000        Fax: (310) 312-3100      TIN: 95-1883538

# MSK

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                             Invoice: 471751
Burbank, CA 91505
EBill via Legal Tracker                                 September 11, 2023

**LEGAL SERVICES RENDERED** through August 31, 2023

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                          5,498.00
                                                                        5,498.00
                                                        _____

Total - current charges:                                                5,498.00

15787109.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

◇◇msk

---

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 471751
Burbank, CA 91505
EBill via Legal Tracker                                  September 11, 2023
                                                         Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through August 31, 2023:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 08/04/23 | Conference with prospective replacement counsel. | E. LACKMAN | 0.30 | 214.50 |
| 08/10/23 | Call with plaintiff's counsel regarding extension to respond to discovery; draft report to client regarding same; review court order and report to client and opposing counsel regarding same. | E. LACKMAN | 0.60 | 429.00 |
| 08/15/23 | Draft note to plaintiff's counsel regarding status of discovery and anticipated motion. | E. LACKMAN | 0.20 | 143.00 |
| 08/18/23 | Call with opposing counsel regarding status of case (0.5); draft note to client with proposed strategy in response to same (0.6). | E. LACKMAN | 1.10 | 786.50 |
| 08/21/23 | Prepare motion to stay proceedings (4.1); prepare declaration in support of motion to stay proceedings (1.1). | B. HUGHES | 5.20 | 2,678.00 |
| 08/21/23 | Instruct B. Hughes on scope of potential motion to stay; review and comment on same. | E. LACKMAN | 0.80 | 572.00 |
| 08/23/23 | Evaluate Avyno Law's motion to withdraw as counsel (0.2). | B. HUGHES | 0.20 | 103.00 |
| 08/24/23 | Draft update to client regarding recent filings and proposed expert disclosure. | E. LACKMAN | 0.20 | 143.00 |

msk

Vubiquity, Inc.                                                Atty No.: 00750
3900 W Alameda Avenue                                          Client ID: 51251
Suite 1700                                                     Invoice: 471751
Burbank, CA 91505
EBill via Legal Tracker                                        September 11, 2023
                                                              Page 3

| 08/25/23 | Check rules on hybrid experts and draft proposed disclosure for J. Keiles. | E. LACKMAN | 0.60 | 429.00 |

Total Fees:                                                              $5,498.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
| --- | --- | --- | --- | --- | --- |
| E. LACKMAN | 3.80 | hours at | $715.00 | = | 2,717.00 |
| B. HUGHES | 5.40 | hours at | $515.00 | = | 2,781.00 |
| SUMMARY TOTALS | 9.20 | | | | 5,498.00 |

**msk**

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                            Atty No.: 00750
3900 W Alameda Avenue                                      Client ID: 51251
Suite 1700                                                Invoice: 471751
Burbank, CA 91505
EBill via Legal Tracker                                   September 11, 2023

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 5,498.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$5,498.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:            121000248
Bank Name:                        Wells Fargo Bank, N.A.
Bank Address:                     420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:          4159349430
Beneficiary Account Name:         Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

15787109.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 473076
Burbank, CA 91505
EBill via Legal Tracker                                October 9, 2023

**LEGAL SERVICES RENDERED** through September 30, 2023

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                           3,089.50
        Disbursements and charges per attached           28.00
                                                                    3,117.50
                                                       ——————————

Total - current charges:                                            3,117.50

15877083.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 473076
Burbank, CA 91505
EBill via Legal Tracker                                  October 9, 2023
                                                         Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through September 30, 2023:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/07/23 | Review order regarding substitution and report on same. | E. LACKMAN | 0.10 | 71.50 |
| 09/08/23 | Check prior schedule; draft note to incoming counsel regarding deadlines, timing, and scheduling (0.8); review and respond to opposing counsel message regarding same (0.4). | E. LACKMAN | 1.20 | 858.00 |
| 09/14/23 | Prepare for meet and confer concerning key litigation dates (0.6); meet and confer with plaintiff's counsel concerning key litigation dates and trial scheduling (0.5). | B. HUGHES | 1.10 | 566.50 |
| 09/14/23 | Prepare notice of withdrawal of motion to stay proceedings (0.5); prepare correspondence to plaintiff's counsel concerning litigation scheduling (0.2). | B. HUGHES | 0.70 | 360.50 |
| 09/14/23 | Review and comment on protective order mark-up. | E. LACKMAN | 0.10 | 71.50 |
| 09/18/23 | Prepare revised litigation and trial schedule (1.7). | B. HUGHES | 1.70 | 875.50 |
| 09/20/23 | Comment on proposed revision to protective order; review proposed schedule. | E. LACKMAN | 0.40 | 286.00 |

Total Fees:                                                            $3,089.50

msk

Vubiquity, Inc.                                                    Atty No.: 00750
3900 W Alameda Avenue                                             Client ID: 51251
Suite 1700                                                        Invoice: 473076
Burbank, CA 91505
EBill via Legal Tracker                                           October 9, 2023
                                                                 Page 3

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| E. LACKMAN | 1.80 | hours at | $715.00 | = | 1,287.00 |
| B. HUGHES | 3.50 | hours at | $515.00 | = | 1,802.50 |
| SUMMARY TOTALS | 5.30 | | | | 3,089.50 |

**Costs Advanced and In-House Services:**

| | | |
|--|--|--|
| 09/29/23 | Court Filing Service/eFiling - USDC, Los Angeles, 8/22/23 | 28.00 |
| | Total Costs: | $28.00 |
| | Total Fees & Costs: | $3,117.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

---

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 473076

October 9, 2023

# REMITTANCE
### (please include with payment)

---

| | |
|---|---:|
| Current Fees: | 3,089.50 |
| Current Disbursements: | 28.00 |
| **Total Current Charges - This Invoice:** | **$3,117.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

---

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

15877083.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 474280
Burbank, CA 91505
EBill via Legal Tracker                            November 5, 2023

**LEGAL SERVICES RENDERED** through October 31, 2023

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    17,294.00
                                                            17,294.00
                                                            _____

Total - current charges:                                    17,294.00

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

15953525.2

◇◇◇msk

| | | | |
|---|---|---|---|
| Vubiquity, Inc. | | Atty No.: 00750 | |
| 3900 W Alameda Avenue | | Client ID: 51251 | |
| Suite 1700 | | Invoice: 474280 | |
| Burbank, CA 91505 | | | |
| EBill via Legal Tracker | | November 5, 2023 | |
| | | Page 2 | |

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through October 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 10/04/23 | Prepare revisions to stipulated protective order (0.6). | B. HUGHES | 0.60 | 309.00 |
| 10/04/23 | Draft note to client to report on status of schedule. | E. LACKMAN | 0.20 | 143.00 |
| 10/09/23 | Follow up with opposing counsel regarding deadlines, court order on protective order, and discovery. | E. LACKMAN | 0.20 | 143.00 |
| 10/13/23 | Review plaintiff's responses to plaintiff's second set of written discovery requests (0.5). | B. HUGHES | 0.50 | 257.50 |
| 10/17/23 | Review LIV's responses to discover demands and concurrently draft points for follow up. | E. LACKMAN | 1.10 | 786.50 |
| 10/18/23 | Prepare analysis of Plaintiff's deficient discovery responses for deficiency correspondence, in preparation for meet and confer efforts, and in preparation for motion to compel (3.3). | B. HUGHES | 3.30 | 1,699.50 |
| 10/19/23 | Revise deficiency letter (0.5). | E. LACKMAN | 0.50 | 357.50 |

⬧msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                               Client ID: 51251
Suite 1700                                          Invoice: 474280
Burbank, CA 91505
EBill via Legal Tracker                            November 5, 2023
                                                    Page 3

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/23/23 | Prepare for meet and confer with Plaintiff's counsel concerning deficient discovery (0.9); attend meet and confer with Plaintiff's counsel concerning deficient discovery (1.0); prepare research regarding whether Plaintiff can refuse to produce documents Plaintiff intends to use at trial (0.7); prepare confirming correspondence to Plaintiff's counsel concerning meet and confer efforts (1.7); research local rules on timing of discovery motions (0.7). | B. HUGHES | 5.00 | 2,575.00 |
| 10/23/23 | Review scope of notes for meet and confer and comment on same (0.2); participate in meet and confer and draft notes on same (1.0); draft follow up to B. Hughes regarding additional angles and strategy on documents (0.2); review and revise letter to plaintiff's counsel confirming agreements on discovery call (0.2). | E. LACKMAN | 1.60 | 1,144.00 |
| 10/26/23 | Prepare meet and confer correspondence on discovery motion (0.7); | B. HUGHES | 0.70 | 360.50 |
| 10/26/23 | Docket filing for B. Hughes | P. VEITZER | 0.10 | 27.50 |
| 10/27/23 | Prepare joint stipulation regarding discovery disputes (2.4). | B. HUGHES | 2.40 | 1,236.00 |
| 10/27/23 | Review and comment on joint stipulation and potential plan for discovery responses and motion to compel. | E. LACKMAN | 0.30 | 214.50 |

15953525.2

◆◆msk

---

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 474280
Burbank, CA 91505
EBill via Legal Tracker                              November 5, 2023
                                                     Page 4

| 10/27/23 | Confer with E. Lackman and B. Hughes regarding re-linking production no. 1 to be produced to plaintiff's new counsel (0.4). | J. BERNARDINO | 0.40 | 114.00 |
|---|---|---|---|---|
| 10/27/23 | Revise secured file transfer protocol link for production no. 1 to plaintiff's new counsel (0.1). | J. BERNARDINO | 0.10 | 28.50 |
| 10/30/23 | Prepare Joint Stipulation Re: Discovery (2.7); prepare privilege log for production of documents (3.6) | B. HUGHES | 6.30 | 3,244.50 |
| 10/30/23 | Draft email to client regarding potential witnesses and deposition scheduling (0.3); review and revise discovery letter (0.2). | E. LACKMAN | 0.50 | 357.50 |
| 10/31/23 | Prepare revised joint stipulation regarding discovery based on plaintiff's production of documents (3.1); prepare defendant's production of documents (0.8); prepare exhibits to joint stipulation regarding discovery (0.5); prepare declaration in support of joint stipulation regarding discovery (0.4); prepare correspondence to Courtroom Deputy regarding telephone discovery conference (0.3); prepare correspondence to opposing counsel concerning telephone discovery conference (0.7); review plaintiff's production of documents (1.1). | B. HUGHES | 6.90 | 3,553.50 |
| 10/31/23 | Review and comment on revised joint stip and cover letter (0.6). | E. LACKMAN | 0.60 | 429.00 |

msk

---

Vubiquity, Inc.                                         Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 474280
Burbank, CA 91505
EBill via Legal Tracker                                 November 5, 2023
                                                        Page 5

| | | | | |
|---|---|---|---|---|
| 10/31/23 | Finalize review and analysis of documents to be produced to Plaintiff's Counsel (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 10/31/23 | Confer with C. Furaha and B. Hughes regarding recently received Discovery (Production and Supplemental Responses) from Plaintiff's Counsel (0.1); confer with B. Hughes regarding further review and analysis for documents to be produced to Plaintiff's Counsel (0.5); confer with B. Hughes and E. Lackman regarding e-service to Plaintiff's Counsel (0.2). | J. BERNARDINO | 0.80 | 228.00 |
| 10/31/23 | E-Serve Production No. 1 to Plaintiff's Counsel (0.1). | J. BERNARDINO | 0.10 | 28.50 |

Total Fees:                                                      $17,294.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| E. LACKMAN | 5.00 | hours at | $715.00 | = | 3,575.00 |
| B. HUGHES | 25.70 | hours at | $515.00 | = | 13,235.50 |
| J. BERNARDINO | 1.60 | hours at | $285.00 | = | 456.00 |
| P. VEITZER | 0.10 | hours at | $275.00 | = | 27.50 |
| SUMMARY TOTALS | 32.40 | | | | 17,294.00 |

15953525.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 474280

November 5, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 17,294.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$17,294.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

15953525.2

# ◈msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                              December 5, 2023

**LEGAL SERVICES RENDERED** through November 30, 2023

Re:   LIV Worldwide Ltd.
      Matter Id: 202100017                    36,477.50
                                                          36,477.50
                                                          ───────────

Total - current charges:                                  36,477.50

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                                  December 5, 2023
                                                         Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through November 30, 2023:**

| 11/01/23 | Evaluate discovery orders written by Magistrate Judge K. Stevenson (1.5); evaluate discovery-related orders from the Central District of California (1.6). | B. HUGHES | 3.10 | 1,596.50 |
|---|---|---|---|---|
| 11/02/23 | Review pre-filing correspondence and emails for attorney-client privilege and work product protection (3.1); confer with plaintiff's counsel regarding outstanding discovery (0.5). | B. HUGHES | 3.60 | 1,854.00 |
| 11/02/23 | Review and revise privilege log; review supplemental RFA and Rog responses and send note to B. Hughes regarding discovery follow up relating to same. | E. LACKMAN | 0.30 | 214.50 |
| 11/03/23 | Prepare for joint discovery conference with Magistrate Judge K. Stevenson (2.0); attend joint discovery conference (0.5); review plaintiff's production of documents (1.7). | B. HUGHES | 4.20 | 2,163.00 |
| 11/03/23 | Review notes of court conference regarding discovery; advise B. Hughes regarding same (0.2); review and revise discovery memorialization letter (0.2). | E. LACKMAN | 0.40 | 286.00 |

**msk**

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 475677

December 5, 2023
Page 3

| 11/06/23 | Prepare meet and confer correspondence regarding outstanding discovery per Magistrate Judge K. Stevenson's order (1.0). | B. HUGHES | 1.00 | 515.00 |
|---|---|---|---|---|
| 11/08/23 | Review plaintiff's second set of discovery requests (0.8). | B. HUGHES | 0.80 | 412.00 |
| 11/08/23 | Review incoming requests (0.1); respond to counsel regarding same (0.1); draft notes to B. Hughes with points gleaned from requests (0.1). | E. LACKMAN | 0.30 | 214.50 |
| 11/09/23 | Review authority on federal rules regarding disclosure of experts (0.7); review provided discovery for outstanding items (0.6); prepare 30(b)(6) notice for deposition of Vubiquity (0.2). | B. HUGHES | 1.50 | 772.50 |
| 11/09/23 | Conference with B. Hughes regarding follow up on discovery, court order compliance, potential corporate deposition topics, and timing. | E. LACKMAN | 0.60 | 429.00 |
| 11/10/23 | Analyze documents produced by plaintiff (0.9); evaluate plaintiff's supplemental discovery responses (1.2); meet and confer with plaintiff's counsel concerning discovery (0.3). | B. HUGHES | 2.40 | 1,236.00 |
| 11/12/23 | Skim updated discovery responses (0.1); draft note to B. Hughes regarding check-in for court-ordered deadline (0.2). | E. LACKMAN | 0.30 | 214.50 |

msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 475677

December 5, 2023
Page 4

| | | | | |
|---|---|---|---|---|
| 11/13/23 | Prepare correspondence to plaintiff regarding deficient discovery responses (0.7); analyze plaintiff's production of documents (1.5); attend discovery conference with magistrate judge (0.4). | B. HUGHES | 2.60 | 1,339.00 |
| 11/13/23 | Advise B. Hughes on approach for court hearing relating to discovery issues. | E. LACKMAN | 0.30 | 214.50 |
| 11/14/23 | Review plaintiff's discovery status report (0.4); draft correspondence to plaintiff regarding discovery status (1.1); review complaint in LIVN v. Olympusat litigation (0.9); review at issue content's presence on YouTube in 2018 (0.6). | B. HUGHES | 3.00 | 1,545.00 |
| 11/15/23 | Analyze Ninth Circuit and Central District of California standards on appropriate discovery repsonses and enforcing discovery cutoff dates (3.3); revise Rule 30(b)(6) deposition notice to LIVN (0.3); analyze judge's minutes of telephonic discovery conference (0.1). | B. HUGHES | 3.70 | 1,905.50 |
| 11/15/23 | Draft comments for joint letter (0.3); review and revise deposition topics (0.5). | E. LACKMAN | 0.80 | 572.00 |
| 11/16/23 | Prepare response to plaintiff's November 14, 2023 meet and confer correspondence (3.4); prepare deposition notice to FRCP 30(b)(6) witness (0.8). | B. HUGHES | 4.20 | 2,163.00 |
| 11/16/23 | Review and revise response to deficiency letter; review and revise updated letter; review and provide comments on portion of joint letter. | E. LACKMAN | 1.50 | 1,072.50 |

16057103.2

msk

Vubiquity, Inc.                                      Atty No.: 00750
3900 W Alameda Avenue                                Client ID: 51251
Suite 1700                                           Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                              December 5, 2023
                                                     Page 5

| 11/16/23 | Confer with B. Hughes regarding YouTube screen captures of uploaded episodes on YouTube (0.2). | J. BERNARDINO | 0.20 | 57.00 |
|---|---|---|---|---|
| 11/17/23 | Prepare for conference with Magistrate Judge (0.9); participate in conference with Magistrate Judge (0.5); prepare deposition notices of K. Bisht and N. Sham (0.9). | B. HUGHES | 2.30 | 1,184.50 |
| 11/20/23 | Attend discovery meet and confer with D. Sarfati (0.4); prepare meet and confer correspondence concerning parties' June agreement on discovery requests (0.8). | B. HUGHES | 0.50 | 257.50 |
| 11/20/23 | Review and revise letter regarding timing of discovery (0.6); prepare for meet and confer with plaintiff's counsel per court instruction (0.4); conduct same (1.0); review and revise note to plaintiff's counsel recapping meet and confer (0.5). | E. LACKMAN | 2.50 | 1,787.50 |
| 11/21/23 | Prepare objections and responses to plaintiff's deposition notices (1.4); prepare production of documents to plaintiff (0.5); evaluate plaintiff's interrogatory responses (0.4). | B. HUGHES | 2.30 | 1,184.50 |
| 11/21/23 | Draft note to J. Finlay regarding follow-up discovery; review documents in response; draft follow up note regarding interrogatory 25. | E. LACKMAN | 0.90 | 643.50 |

⬗msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                                  December 5, 2023
                                                         Page 6


| 11/21/23 | Confer with E. Lackman and B. Hughes regarding specifics for Production No. 2 and reproduction of documents previously Bates Stamped Vubiquity 00007 to 00015). | J. BERNARDINO | 0.60 | 171.00 |
|---|---|---|---|---|
| 11/21/23 | Review, analyze, Bates Stamp, and designate Confidential Production No. 2 (Vubiquity 00030 - 00075) (or 45 documents: e-mails and redline drafts) for production and further review by E. Lackman and B. Hughes to Plaintiff's Counsel (0.3); perform PDF conversion of redlined CLA drafts (0.2). | J. BERNARDINO | 0.50 | 142.50 |
| 11/22/23 | Attend court-ordered meet and confer with plaintiff's counsel (0.4). | B. HUGHES | 0.40 | 206.00 |
| 11/22/23 | Review objections to Vubiquity's 30(b)(6) notice and LIVN's deposition notice; draft notes for responding on same (0.5); draft note to plaintiff's counsel regarding deadline to meet and confer (0.2); review and revise objections to 30(b)(6) notice (0.7). | E. LACKMAN | 1.40 | 1,001.00 |
| 11/22/23 | Confer with E. Lackman and B. Hughes regarding Production No. 2 specifications, security, and passwords (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 11/22/23 | Generate secured file transfer protocol for use by E. Lackman and B. Hughes to e-serve Production No. 2 to Plaintiff's Counsel (0.2). | J. BERNARDINO | 0.20 | 57.00 |

msk

Vubiquity, Inc.                                              Atty No.: 00750
3900 W Alameda Avenue                                        Client ID: 51251
Suite 1700                                                   Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                                      December 5, 2023
                                                             Page 7

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/23/23 | Draft note to plaintiff's counsel regarding documents (0.1); review and follow up on recently produced documents (0.3). | E. LACKMAN | 0.40 | 286.00 |
| 11/24/23 | Prepare joint submission regarding parties' discovery disputes as ordered by Magistrate Judge (2.2); review plaintiff's privilege log (0.5). | B. HUGHES | 2.70 | 1,390.50 |
| 11/24/23 | Draft sections of joint letter regarding open discovery disputes (1.1); review and respond to plaintiff's counsel regarding privilege log (0.2); draft supplemental answers to interrogatory nos. 17, 18 and 25 (0.4); review and draft updates to joint letter (0.4). | E. LACKMAN | 2.10 | 1,501.50 |
| 11/27/23 | Prepare for joint discovery conference (0.3); attend joint discovery conference (0.7). | B. HUGHES | 1.00 | 515.00 |
| 11/27/23 | Review letter regarding objections to 30(b)(6) notice and respond to plaintiff's counsel regarding same (0.5); prepare for argument on motion to compel (0.7); participate in court conference with judge and follow up with plaintiff's counsel regarding same (1.0); follow up with J. Finney regarding supplemental interrogatory answers (0.2). | E. LACKMAN | 2.40 | 1,716.00 |

⧫msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                                  December 5, 2023
                                                         Page 8

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11/27/23 | Perform secured processing, initial review, and initial analysis of Plaintiff, LIVN's productions 264-273 for further review and analysis by E. Lackman and B. Hughes (0.4); perform review and analysis on LIVN productions 1-194 (0.2). | J. BERNARDINO | 0.60 | 171.00 |
| 11/27/23 | Confer with E. Lackman and B. Hughes regarding productions made by Plaintiff, LIVN (0.6); confer with Help Desk and W. Kim regarding issue with LIVN000001 - LIVN000194 (0.4); confer further with A. Torello and Help Desk regarding access to E. Lackman for Practice Support Folder, security, and editing rights (0.2); confer further with B. Hughes and E. Lackman regarding LIVN0000195 - LIVN000263 (0.1). | J. BERNARDINO | 0.70 | 199.50 |
| 11/28/23 | Attend meet and confer call with plaintiff's counsel concerning depositions (0.7); review plaintiff's third production of documents (0.3). | B. HUGHES | 1.00 | 515.00 |
| 11/28/23 | Review J. Finlay comments and revise interrogatory answer per same (0.5); correspondence with plaintiff's counsel regarding Olympausat case (0.2); meet and confer with plaintiff's counsel regarding 30(b)(6) objections and deposition scheduling (0.7). | E. LACKMAN | 1.40 | 1,001.00 |

16057103.2

⬧⬧msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                                  December 5, 2023
                                                        Page 9

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/28/23 | Review and analyze e-mails and produced discovery and produced documents from Plaintiff's Counsel (0.3). | J. BERNARDINO | 0.30 | 85.50 |
| 11/28/23 | Confer with E. Lackman and B. Hughes regarding discovery productions, missing documents, and plans with respect to dealing with Plaintiff's Counsel (1.3). | J. BERNARDINO | 1.30 | 370.50 |
| 11/29/23 | Review all open tasks; prepare comprehensive memo on open discovery items, deposition objections, deposition prep and planning for offensive and defensive discovery. | E. LACKMAN | 2.30 | 1,644.50 |
| 11/29/23 | Confer with E. Lackman and B. Hughes regarding strategy for deposition and preparation for J. Finlay, and LIVN (0.6). | J. BERNARDINO | 0.60 | 171.00 |
| 11/29/23 | Review and analyze discovery propounded and discovery responded by Plaintiff, LIVN and Defendant, Vubiquity, Second Amended Complaint, Answer to Second Amended Complaint, Plaintiff, LIVN's Privilege Log, Defendant, Vubiquity's 30(b)(6) Notice and Deposition Topics, Produced Documents by both Plaintiff, LIVN, and Defendant, Vubiquity, and Demand Letters (and Parent E-Mails) by LIVN (1.8). | J. BERNARDINO | 1.80 | 513.00 |

16057103.2

⬔msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 475677
Burbank, CA 91505
EBill via Legal Tracker                                  December 5, 2023
                                                         Page 10

| 11/30/23 | Planning call with B. Hughes (0.2); follow up with plaintiff's counsel regarding scheduling and clean-up items (0.4); draft note to J. Finlay with summary of questions pertaining to disputed 30(b)(6) topics (0.7). | E. LACKMAN | 1.30 | 929.50 |

Total Fees:                                                    $36,477.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| E. LACKMAN | 19.20 | hours at | $715.00 | = | 13,728.00 |
| B. HUGHES | 40.30 | hours at | $515.00 | = | 20,754.50 |
| J. BERNARDINO | 7.00 | hours at | $285.00 | = | 1,995.00 |
| SUMMARY TOTALS | 66.50 | | | | 36,477.50 |

16057103.2

### msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 475677

December 5, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 36,477.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$36,477.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

16057103.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000        Fax: (310) 312-3100        TIN: 95-1883538

## msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                   Atty No.: 00750
3900 W Alameda Avenue                             Client ID: 51251
Suite 1700                                        Invoice: 477108
Burbank, CA 91505
EBill via Legal Tracker                           January 8, 2024

**LEGAL SERVICES RENDERED** through December 31, 2023

Re:   LIV Worldwide Ltd.
      Matter Id: 202100017                        33,179.00
      Disbursements and charges per attached       1,135.00
                                                              34,314.00
                                                  ────────────

Total - current charges:                                     34,314.00

**msk**

---

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 477108

January 8, 2024
Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through December 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 12/01/23 | Check in with team regarding deposition prep; follow up with opposing counsel regarding scheduling and several emails regarding same; review response from J. Finlay regarding deposition topics; draft response to letter pertaining to 30(b)(6) objections per client comments. | E. LACKMAN | 2.40 | 1,716.00 |
| 12/01/23 | Confer with E. Lackman and B. Hughes regarding next steps, deposition preparation, and discovery preparation (0.4). | J. BERNARDINO | 0.40 | 114.00 |
| 12/01/23 | Legal research into local rules for Central District - Western Division, Los Angeles Federal Court for Verifications to Requests for Admission, Requests for Production of Documents, and Interrogatories (Fed. Civ. P. §§ 33 and 34) (0.4); review and analyze discovery (0.2). | J. BERNARDINO | 0.60 | 171.00 |
| 12/03/23 | Review all written responses and requests and document productions for preparation of J. Finlay for deposition (3.5); draft notes to B. Hughes regarding potential follow up points (0.4). | E. LACKMAN | 3.90 | 2,788.50 |

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 477108
Burbank, CA 91505
EBill via Legal Tracker                                  January 8, 2024
                                                         Page 3

| 12/05/23 | Evaluate plaintiff's document production in advance of deposition N. Sham (3.2). | B. HUGHES | 3.20 | 1,648.00 |
|---|---|---|---|---|
| 12/05/23 | Several emails with opposing counsel regarding deposition issues (0.7); correspondence with client witness regarding same (0.3); review and comment on verification form (0.2). | E. LACKMAN | 1.20 | 858.00 |
| 12/05/23 | Revise Verification for Amended Supplemental Responses to Plaintiff's First Set of Interrogatories Nos. 17, 18 & 25 (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 12/05/23 | Confer with E. Lackman regarding verification form for J. Finlay's completion. | J. BERNARDINO | 0.20 | 57.00 |
| 12/06/23 | Evaluate document production in advance of deposition of N. Sham (0.5). | B. HUGHES | 0.50 | 257.50 |
| 12/06/23 | Coordination with opposing counsel and J. Finlay regarding depositions (0.4); review and revise responses to RFPs and RFAs (2.7). | E. LACKMAN | 3.10 | 2,216.50 |
| 12/06/23 | Revise Verification to Amended Supplemental Responses to Plaintiff's First Set of Interrogatories Numbers 17, 18 & 25 (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 12/06/23 | Confer with J. Finlay via E-Mail and DocuSign regarding Verifications to Amended Supplemental Responses to Plaintiff's First Set of Interrogatories Numbers 17, 18 & 25 (0.2). | J. BERNARDINO | 0.20 | 57.00 |

msk

| | | | | |
|---|---|---|---|---|
| Vubiquity, Inc. | | | Atty No.: 00750 | |
| 3900 W Alameda Avenue | | | Client ID: 51251 | |
| Suite 1700 | | | Invoice: 477108 | |
| Burbank, CA 91505 | | | | |
| EBill via Legal Tracker | | | January 8, 2024 | |
| | | | Page 4 | |

| | | | | |
|---|---|---|---|---|
| 12/10/23 | Prepare deposition questioning of N. Sham (3.1). | B. HUGHES | 3.10 | 1,596.50 |
| 12/11/23 | Prepare deposition questioning of N. Sham (4.2); prepare deposition exhibits for uploading and marking (1.2). | B. HUGHES | 5.40 | 2,781.00 |
| 12/11/23 | Correspondence with plaintiff's counsel regarding deposition scheduling (0.3); review and comment on proposed Sham deposition outline (1.3). | E. LACKMAN | 1.60 | 1,144.00 |
| 12/11/23 | Forensic collection of websites per the request of Mr. Hughes. | W. KIM | 0.80 | 304.00 |
| 12/12/23 | Prepare deposition questioning of K. Bisht (3.2); analyze translation of Chinese-language chain of title documents (0.8). | B. HUGHES | 4.00 | 2,060.00 |
| 12/12/23 | Conference with B. Hughes regarding adjustments to deposition outline. | E. LACKMAN | 0.60 | 429.00 |
| 12/12/23 | Confer with E. Lackman re: J. Finlay depo prep (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 12/14/23 | Review and revise and comment on Nadeem deposition outline. | E. LACKMAN | 0.90 | 643.50 |
| 12/14/23 | Forensic collection of websites per the request of Mr. Hughes. | W. KIM | 0.40 | 152.00 |
| 12/15/23 | Conduct deposition of N. Sham (6.0); prepare for deposition of N. Sham (2.1). | B. HUGHES | 8.10 | 4,171.50 |

⧫msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 477108
Burbank, CA 91505
EBill via Legal Tracker                                  January 8, 2024
                                                         Page 5

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/15/23 | Assist with deposition (most of attendance not charged) (0.4); conferences with B. Hughes regarding follow up questions, prep for K. Bisht deposition, planing for expert depositions (1.0). | E. LACKMAN | 1.40 | 1,001.00 |
| 12/17/23 | Prepare for deposition of K. Bisht (3.1). | B. HUGHES | 3.10 | 1,596.50 |
| 12/18/23 | Conduct deposition of K. Bisht (7.0); confer with E. Lackman regarding deposition of K. Bisht (0.5). | B. HUGHES | 7.50 | 3,862.50 |
| 12/21/23 | Draft note to client regarding fact depositions and scheduling expert depositions. | E. LACKMAN | 0.60 | 429.00 |
| 12/22/23 | Correspondence with opposing counsel regarding expert deposition scheduling. | E. LACKMAN | 0.20 | 143.00 |
| 12/26/23 | Analyze Ninth Circuit case law on permissible expert testimony in advance of motion for summary judgment (1.1). | B. HUGHES | 1.10 | 566.50 |
| 12/26/23 | Identify materials for 30(b)(6) witness prep. | E. LACKMAN | 0.30 | 214.50 |
| 12/27/23 | Identify materials for 30(b)(6) witness prep. | E. LACKMAN | 1.00 | 715.00 |
| 12/27/23 | Review, analyze and extract 15 documents for use in preparation of J. Finlay deposition (0.2). | J. BERNARDINO | 0.20 | 57.00 |
| 12/27/23 | Confer with E. Lackman and B. Hughes re documents for J. Finlay deposition (0.4). | J. BERNARDINO | 0.40 | 114.00 |

msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 477108

January 8, 2024
Page 6

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/28/23 | Follow up with client and witness on deposition scheduling and scope. | E. LACKMAN | 0.30 | 214.50 |
| 12/30/23 | Review email threads, draft time-line of facts for deposition prep, and update preparation memo for 30(b)(6) and Finlay combined deposition. | E. LACKMAN | 1.30 | 929.50 |

Total Fees: $33,179.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| E. LACKMAN | 18.80 | hours at | $715.00 | = | 13,442.00 |
| B. HUGHES | 36.00 | hours at | $515.00 | = | 18,540.00 |
| W. KIM | 1.20 | hours at | $380.00 | = | 456.00 |
| J. BERNARDINO | 2.60 | hours at | $285.00 | = | 741.00 |
| SUMMARY TOTALS | 58.60 | | | | 33,179.00 |

**Costs Advanced and In-House Services:**

| 12/13/23 | Translation Fees - TRANSPERFECT TRANSLATIONS INTERNATIONAL INC. - Chinese into English, 12/12/23 | 1,135.00 |
|----------|------|---------|

Total Costs: $1,135.00

Total Fees & Costs: $34,314.00

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 477108

January 8, 2024

16148217.2

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000       Fax: (310) 312-3100       TIN: 95-1883538

**msk**

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 477108

January 8, 2024

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 33,179.00 |
| Current Disbursements: | 1,135.00 |
| **Total Current Charges - This Invoice:** | **$34,314.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Routing Number or ABA: | 121000248 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery, San Francisco, CA 94104 |
| Beneficiary Account No.: | 4159349430 |
| Beneficiary Account Name: | Mitchell Silberberg & Knupp LLP |

For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

\*\*\* Please Include Invoice Number with Payment \*\*\*

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

16148217.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                              Atty No.: 00750
3900 W Alameda Avenue                                        Client ID: 51251
Suite 1700                                                   Invoice: 478329
Burbank, CA 91505
EBill via Legal Tracker                                      February 8, 2024

**LEGAL SERVICES RENDERED** through January 31, 2024

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                         41,041.50
       Disbursements and charges per attached       2,313.80
                                                                  43,355.30
                                                                  ―――――――――
Total - current charges:                                          43,355.30

16242960.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100     TIN: 95-1883538

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 478329
Burbank, CA 91505
EBill via Legal Tracker                                  February 8, 2024
                                                         Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through January 31, 2024:**

| | | | | |
|---|---|---|---|---|
| 01/02/24 | Prepare J. Finlay for deposition (3.1); follow up with plaintiff's counsel regarding deposition timing and link (0.2); conference with J. Paul regarding negotiation history and draft report to client regarding same (0.6). | E. LACKMAN | 3.90 | 2,788.50 |
| 01/03/24 | Review Sham transcript portions and provide summary for Z. Joseph regarding same (1.6); correspondence with J. Keiles regarding prep and plaintiff's counsel regarding deposition scheduling for experts (0.6). | E. LACKMAN | 2.20 | 1,573.00 |
| 01/03/24 | Download and process deposition transcripts and exhibits from Esquire re M.N. Sham depo from 12/15/23 (0.2). | J. BERNARDINO | 0.20 | 60.00 |
| 01/03/24 | Confer with E. Lackman and B. Hughes re M.N. Sham depo documents (0.3). | J. BERNARDINO | 0.30 | 90.00 |
| 01/04/24 | Attend 30(b)(6) deposition of James Finlay (5.0). | B. HUGHES | 5.00 | 2,575.00 |
| 01/04/24 | Defend deposition of J. Finlay (5.9); post-mortem with client regarding same (0.5). | E. LACKMAN | 6.40 | 4,576.00 |

msk

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 478329
Burbank, CA 91505
EBill via Legal Tracker                            February 8, 2024
                                                   Page 3

| 01/04/24 | Acquire and process 9 documents re K. Bisht depo on 12/18/23 (0.2); further acquire and process 9 documents added by Esquire for K. Bisht depo (0.2). | J. BERNARDINO | 0.40 | 120.00 |
|---|---|---|---|---|
| 01/04/24 | Confer with E. Lackman and B. Hughes re K. Bisht depo documents from Esquire (0.1); further confer with E. Lackman and B. Hughes re 9 additional documents uploaded by Esquire re K. Bisht depo (0.1). | J. BERNARDINO | 0.20 | 60.00 |
| 01/08/24 | Review upcoming dates and plan out changes to same; draft note to D. Sarfati regarding scheduling and 2019 agreement. | E. LACKMAN | 0.70 | 500.50 |
| 01/08/24 | Perform security removal from 2nd Amended SVOD Licensing Agreement and Bates stamp for production (0.5). | J. BERNARDINO | 0.50 | 150.00 |
| 01/08/24 | Confer with E. Lackman re 2nd Amendment SVOD Licensing Agreement for production and specifications (0.4). | J. BERNARDINO | 0.40 | 120.00 |
| 01/09/24 | Prepare correspondence regarding altering case and trial schedule (0.2). | B. HUGHES | 0.20 | 103.00 |
| 01/09/24 | Review notes regarding valuation and pricing of content; draft memo to client regarding potential material to be used for support on expert opinion. | E. LACKMAN | 1.00 | 715.00 |

msk

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 478329
Burbank, CA 91505
EBill via Legal Tracker                            February 8, 2024
                                                   Page 4

| 01/10/24 | Prepare joint stipulation to extend pretrial dates and date of trial (0.5); evaluate Judge Andre Birotte's civil standing orders (0.7). | B. HUGHES | 1.20 | 618.00 |
|---|---|---|---|---|
| 01/10/24 | Emails with client and opposing counsel regarding scheduling; email with J. Keiles regarding pricing documentation; follow up on sales documentation. | E. LACKMAN | 0.60 | 429.00 |
| 01/11/24 | Start draft of outline of expert deposition; identify exhibits for deposition. | E. LACKMAN | 1.00 | 715.00 |
| 01/12/24 | Prepare stipulation extending certain litigation dates (0.9). | B. HUGHES | 0.90 | 463.50 |
| 01/12/24 | Correspondence with plaintiff's counsel regarding deposition notices (0.2); review and revise proposed amended scheduling order (0.5). | E. LACKMAN | 0.70 | 500.50 |
| 01/12/24 | Confer with E. Lackman re A. Goedde exhibits (0.4). | J. BERNARDINO | 0.40 | 120.00 |
| 01/12/24 | Review, analyze, and extract exhibits from A. Goedde report to be used at deposition (0.3). | J. BERNARDINO | 0.30 | 90.00 |
| 01/13/24 | Review Goedde report and continue drafting deposition outline. | E. LACKMAN | 1.80 | 1,287.00 |
| 01/14/24 | Continue drafting deposition outline for Goedde deposition (6.0). | E. LACKMAN | 6.00 | 4,290.00 |

16242960.2

⬧msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 478329
Burbank, CA 91505
EBill via Legal Tracker                                  February 8, 2024
                                                        Page 5

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/15/24 | Deposition prep with J. Keiles (3.0); follow up on additional documents and report for production (0.5); revise Goedde deposition outline to incorporate notes from call and Olympusat agreement (1.2). | E. LACKMAN | 4.70 | 3,360.50 |
| 01/16/24 | Attend expert deposition of A. Goedde (6.0). | B. HUGHES | 6.00 | 3,090.00 |
| 01/16/24 | Take deposition of A. Goedde (expert) (8.5); draft summary of key points for J. Keiles and follow up on documents for production (1.0). | E. LACKMAN | 9.50 | 6,792.50 |
| 01/16/24 | Review and analyze 5 website references to Martial Universe for potential use in production of documents (0.2). | J. BERNARDINO | 0.20 | 60.00 |
| 01/16/24 | Confer with E. Lackman and B. Hughes regarding exhibits (0.4); confer with W. Kim regarding extractions for potential production of information and meta data from several websites regarding Martial Universe (0.3). | J. BERNARDINO | 0.70 | 210.00 |
| 01/16/24 | Acquire additional exhibits from Expert Report and production of Vubiquity to be use at deposition (0.4); network and update exhibits with Esquire deposition services for exhibit use during deposition (0.2). | J. BERNARDINO | 0.60 | 180.00 |

msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 478329

February 8, 2024
Page 6

| | | | | |
|---|---|---|---|---|
| 01/17/24 | Check and advise on document production for expert witness; send same; correspondence with Z. Joseph regarding strategy on contracts. | E. LACKMAN | 0.30 | 214.50 |
| 01/17/24 | Review, analyze, extract, perform PDF conversion, perform designation (AEO and Confidential), and Bates stamp 8 exhibits for production to Plaintiff's Counsel (0.8); create secured protocol link for download of production to be used for e-service to Plaintiff's Counsel (0.2); draft Plaintiff's Production review tracker (0.2). | J. BERNARDINO | 1.20 | 360.00 |
| 01/17/24 | Confer with E. Lackman and B. Hughes regarding production of Vubiquity 00084-00135 (0.8); confer with W. Kim, E. Lackman, and B. Hughes regarding additional meta data screen captures (0.3); confer with G. Javidzad and I. Logan regarding review tracker of Plaintiff's Productions (0.4). | J. BERNARDINO | 1.50 | 450.00 |
| 01/18/24 | Manage deposition issue re J. Keiles (NO CHARGE). | E. LACKMAN | 0.30 | 214.50 |
| 01/19/24 | Draft outline of potential topics for summary judgment motion (0.7). | E. LACKMAN | 0.70 | 500.50 |
| 01/24/24 | Prepare defendant's motion for summary judgment (4.1). | B. HUGHES | 4.10 | 2,111.50 |
| 01/29/24 | Prepare motion for summary judgment (1.2). | B. HUGHES | 1.20 | 618.00 |

◈◈msk

---

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 478329
Burbank, CA 91505
EBill via Legal Tracker                                  February 8, 2024
                                                         Page 7

| | | | | |
|---|---|---|---|---|
| 01/30/24 | Conference with B. Hughes regarding process and scope for summary judgment motion. | E. LACKMAN | 0.30 | 214.50 |
| 01/31/24 | Prepare motion for summary judgment (1.4). | B. HUGHES | 1.40 | 721.00 |

Total Fees:                                                     $41,041.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| E. LACKMAN | 40.10 | hours at | $715.00 | = | 28,671.50 |
| B. HUGHES | 20.00 | hours at | $515.00 | = | 10,300.00 |
| J. BERNARDINO | 6.90 | hours at | $300.00 | = | 2,070.00 |
| | | | | | |
| SUMMARY TOTALS | 67.00 | | | | 41,041.50 |

**Costs Advanced and In-House Services:**

| | | |
|---|---|---|
| 01/31/24 | Deposition/Transcript of Alan Goedde, Ph.D., Vol. 1, 1/16/24 - ESQUIRE DEPOSITION SOLUTIONS LLC | 2,313.80 |

Total Costs:                                                     $2,313.80

Total Fees & Costs:                                              $43,355.30

16242960.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A Law Partnership Including Professional Corporations

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 478329

February 8, 2024

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 41,041.50 |
| Current Disbursements: | 2,313.80 |
| **Total Current Charges - This Invoice:** | **$43,355.30** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:            121000248
Bank Name:                       Wells Fargo Bank, N.A.
Bank Address:                    420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:         4159349430
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

16242960.2

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                     Atty No.: 00750
3900 W Alameda Avenue                               Client ID: 51251
Suite 1700                                          Invoice: 479512
Burbank, CA 91505
EBill via Legal Tracker                             March 6, 2024

**LEGAL SERVICES RENDERED** through February 29, 2024

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                           37,635.50

                                             37,635.50

Total - current charges:                                            37,635.50

16325608.2

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

⬧⬧msk

_____

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 479512
Burbank, CA 91505
EBill via Legal Tracker                            March 6, 2024
                                                   Page 2


**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through February 29, 2024:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/01/24 | Review and respond to J. Keiles regarding scheduling; draft note to plaintiff's counsel regarding same. | E. LACKMAN | 0.20 | 143.00 |
| 02/01/24 | Process Errata for J. Finley (0.1). | J. BERNARDINO | 0.10 | 30.00 |
| 02/02/24 | Evaluate transcript of deposition of James Finlay for purposes of motion for summary judgment (1.3); prepare correspondence to J. Finlay concerning Finlay's review of his deposition transcript (0.2); prepare memorandum of points and authorities in support of motion for summary judgment (0.8). | B. HUGHES | 2.30 | 1,184.50 |
| 02/05/24 | Draft statement of undisputed facts in support of motion for summary judgment (2.7); evaluate testimony of Alan Goedde for purposes of motion for summary judgment (1.1). | B. HUGHES | 3.80 | 1,957.00 |

16325608.2

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 479512
Burbank, CA 91505
EBill via Legal Tracker                                  March 6, 2024
                                                         Page 3

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/07/24 | Analyze deposition testimony of A. Goedde for purposes of motion for summary judgment (1.5); analyze deposition tetsimony of Nadeem Sham for purposes of motion for summary judgment (0.9); analyze Ninth Circuit authority on volitional conduct in the context of copyright actions (1.1); analyze J. A. Birotte summary judgment decisions in copyright matters (1.8). | B. HUGHES | 5.30 | 2,729.50 |
| 02/07/24 | Correspondence with opposing counsel and client regarding scheduling of depositions. | E. LACKMAN | 0.20 | 143.00 |
| 02/08/24 | Prepare separate statement in support of motion for summary judgment (0.3). | B. HUGHES | 0.30 | 154.50 |
| 02/08/24 | Review and revise summary judgment outline. | E. LACKMAN | 0.80 | 572.00 |
| 02/09/24 | Review filings in LIVN v. Olympusat litigation for purposes of motion for summary judgment (0.9). | B. HUGHES | 0.90 | 463.50 |
| 02/09/24 | Strategy call with B. Hughes regarding follow ups and tackling summary judgment motion. | E. LACKMAN | 0.90 | 643.50 |
| 02/12/24 | Prepare motion for summary judgment section regarding indirect damages (1.1). | B. HUGHES | 1.10 | 566.50 |
| 02/16/24 | Prepare research on volitional conduct requirement for copyright infringement claims (2.7). | B. HUGHES | 1.70 | 875.50 |

msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 479512

March 6, 2024
Page 4

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/18/24 | Check up on law regarding publication, foreign works, and registration requirements and draft rider for summary judgment motion pertaining to same (1.9); draft prep memo for J. Keiles for deposition prep (1.1). | E. LACKMAN | 3.00 | 2,145.00 |
| 02/19/24 | Analyze deposition testimony and create statement of undisputed facts in support of motion for summary judgment (7.6). | B. HUGHES | 7.60 | 3,914.00 |
| 02/19/24 | Prep meeting with J. Keiles. | E. LACKMAN | 1.20 | 858.00 |
| 02/20/24 | Draft memorandum of points and authorities in support of motion for summary judgment (1.7); prepare legal research on actual and indirect copyright damages for memorandum of points and authorities in support of motion for summary judgment (2.6). | B. HUGHES | 3.30 | 1,699.50 |
| 02/21/24 | Defend J. Keiles deposition (3.0); follow up with counsel regarding meet and confer on summary judgment motion (0.2). | E. LACKMAN | 3.20 | 2,288.00 |
| 02/22/24 | Prepare statement of uncontroverted material facts in support of motion for summary judgment (1.6). | B. HUGHES | 1.60 | 824.00 |
| 02/22/24 | Review and revise memo of law (2.4). | E. LACKMAN | 2.40 | 1,716.00 |
| 02/23/24 | Hold meet and confer and follow up on same (0.4); review notes regarding history of negotiations and continue revising memo of law (0.5) | E. LACKMAN | 0.90 | 643.50 |

⬗msk

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 479512
Burbank, CA 91505
EBill via Legal Tracker                            March 6, 2024
                                                  Page 5

| | | | | |
|---|---|---|---|---|
| 02/24/24 | Prepare memorandum of points and authorities in support of motion for summary judgment (2.7). | B. HUGHES | 2.70 | 1,390.50 |
| 02/24/24 | Rewrite preliminary statement and revise legal arguments on liability and damages (2.9); draft note to B. Hughes regarding updated facts section (0.2); review and comment on same and draft additional points (0.5); revise and supplement facts section of brief and adjust calculations per internal comments (1.0). | E. LACKMAN | 4.60 | 3,289.00 |
| 02/25/24 | Prepare memorandum of points and authorities in support of motion to compel arbitration (1.7). | B. HUGHES | 1.70 | 875.50 |
| 02/26/24 | Prepare revisions to Statement of Uncontroverted Material Facts (0.8). | B. HUGHES | 0.80 | 412.00 |
| 02/26/24 | Draft text for Keiles declaration; review and revise Finlay and Hughes declarations; draft note to Z. Joseph regarding documents and plan. | E. LACKMAN | 1.70 | 1,215.50 |
| 02/27/24 | Prepare declaration of Jason Keiles in support of Vubiquity's motion for summary judgment (0.7); prepare declaration of James Finlay in support of Vubiquity's motion for summary judgment (0.3); revise memorandum of points and authorities in support of motion for summary judgment (0.4); revise statement of uncontroverted material facts (0.6). | B. HUGHES | 2.00 | 1,030.00 |

16325608.2

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 479512
Burbank, CA 91505
EBill via Legal Tracker                                  March 6, 2024
                                                         Page 6

| | | | | |
|---|---|---|---|---|
| 02/27/24 | Review client comments on memo of law and facts and respond on same (0.5); review and revise Keiles declaration and send to J. Keiles for review (0.3); review J. Keiles edits, review client edits to Finlay declaration and emails with same (0.6). | E. LACKMAN | 1.40 | 1,001.00 |
| 02/27/24 | Confer with B. Hughes re issues with depo transcript (0.4); confer with W. Kim and B. Hughes re acquiring depo transcript from link (0.1); confer further with B. Hughes, W. Kim, and E. Lackman re procuring an official copy of the depo transcript (0.3). | J. BERNARDINO | 0.80 | 240.00 |
| 02/27/24 | Confer with Steno.com re J. Finlay transcript (0.2); | J. BERNARDINO | 0.20 | 60.00 |
| 02/28/24 | Conform statement of uncontroverted material facts to memorandum of points and authorities and underlying evidence (3.0); prepare exhibits to declaration of Brandon Hughes in support of motion for summary judgment (0.5). | B. HUGHES | 3.50 | 1,802.50 |
| 02/28/24 | Confer with B. Hughes re Motion for Summary Judgment (0.3). | J. BERNARDINO | 0.30 | 90.00 |

◇◇◇msk

---

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 479512
Burbank, CA 91505
EBill via Legal Tracker                                  March 6, 2024
                                                         Page 7

| | | | | |
|---|---|---|---|---|
| 02/29/24 | Revise citations in memorandum of points and authorities in support of motion for summary judgment (0.8); prepare declaration of Brandon Hughes in support of motion for summary judgment (0.5); prepare declaration of Jason Keiles in support of motion for summary judgment (0.4); evaluate local rules concerning briefing of motions for summary judgment/adjudication (0.5). | B. HUGHES | 2.20 | 1,133.00 |
| 02/29/24 | Review and revised proposed final papers. | E. LACKMAN | 0.40 | 286.00 |
| 02/29/24 | Perform cite check and revise Motion for Summary Judgment (3.8). | J. BERNARDINO | 3.80 | 1,140.00 |
| 02/29/24 | Confer with B. Hughes and E. Lackman re Motion for Summary Judgment cite check and revisions (0.2); confer with G. Connor re citations issues (0.2). | J. BERNARDINO | 0.40 | 120.00 |

Total Fees:                                                          $37,635.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| E. LACKMAN | 20.90 | hours at | $715.00 | = | 14,943.50 |
| B. HUGHES | 40.80 | hours at | $515.00 | = | 21,012.00 |
| J. BERNARDINO | 5.60 | hours at | $300.00 | = | 1,680.00 |
| SUMMARY TOTALS | 67.30 | | | | 37,635.50 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 479512

March 6, 2024

16325608.2

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 479512

March 6, 2024

# REMITTANCE
### (please include with payment)

| | |
|---|---|
| Current Fees: | 37,635.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$37,635.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:             121000248
Bank Name:                         Wells Fargo Bank, N.A.
Bank Address:                      420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:           4159349430
Beneficiary Account Name:          Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

16325608.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 480933
Burbank, CA 91505
EBill via Legal Tracker                                April 5, 2024

**LEGAL SERVICES RENDERED** through March 31, 2024

Re:   LIV Worldwide Ltd.
      Matter Id: 202100017                             36,616.00
      Disbursements and charges per attached           664.00
                                                                    37,280.00
                                                                    ─────────
Total - current charges:                                            37,280.00

msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 480933

April 5, 2024
Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through March 31, 2024:**

| | | | | |
|---|---|---|---|---|
| 03/01/24 | Prepare motion for summary judgment (3.3); analyze case law cited in support of motion for summary judgment (2.0). | B. HUGHES | 5.30 | 2,729.50 |
| 03/01/24 | Confer with B. Hughes, E. Lackman, and L. McKoy re exhibits and redactions (0.3). | J. BERNARDINO | 0.30 | 90.00 |
| 03/01/24 | Review, analyze, and redact exhibits to be filed with MSJ (0.4); review and analyze declaration of J. Finlay (0.2) | J. BERNARDINO | 0.60 | 180.00 |
| 03/08/24 | Evaluate deposition testimony of J. Keiles (1.7). | B. HUGHES | 1.70 | 875.50 |
| 03/13/24 | Analyze deposition testimony of J. Keiles for preparation of reply in support of summary judgment (2.2). | B. HUGHES | 2.20 | 1,133.00 |
| 03/14/24 | Analyze filings in LIVN v. Olympusat litigation for use in Vubiquity's reply in support of motion for summary judgment (2.4). | B. HUGHES | 2.40 | 1,236.00 |
| 03/15/24 | Analyze plaintiff's opposition to motion for summary judgment (1.0); analyze plaintiff's statement of genuine issues of fact (0.4). | B. HUGHES | 1.40 | 721.00 |

⬡msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 480933
Burbank, CA 91505
EBill via Legal Tracker                                  April 5, 2024
                                                         Page 3

| | | | | |
|---|---|---|---|---|
| 03/15/24 | Review memo of law (0.6), counterstatement of facts (0.5) and concurrently outline high-level points for response. | E. LACKMAN | 1.10 | 786.50 |
| 03/16/24 | Analyze deposition testimony of A. Goedde for reply in support of motion for summary judgment (0.8). | B. HUGHES | 0.80 | 412.00 |
| 03/17/24 | Prepare reply in support of motion for summary judgment (4.8). | B. HUGHES | 4.80 | 2,472.00 |
| 03/18/24 | Prepare reply in support of motion for summary judgment (7.8). | B. HUGHES | 7.80 | 4,017.00 |
| 03/18/24 | Review and comment on draft of reply brief regarding standing (0.2); correspondence with client regarding declarations and briefing (0.3); strategy call with B. Hughes regarding reply (0.9). | E. LACKMAN | 1.40 | 1,001.00 |
| 03/19/24 | Prepare research on "foreign work" exemption to the copyright registration requirement (2.5); prepare research on sham affidavit rule's application (1.1); prepare research regarding judicial estoppel (0.8); review plaintiff's prior submissions for application of judicial estoppel (0.4). | B. HUGHES | 4.80 | 2,472.00 |
| 03/19/24 | Review and revise infringement section of memo of law. | E. LACKMAN | 0.40 | 286.00 |

16420837.2

## msk

Vubiquity, Inc.  
3900 W Alameda Avenue  
Suite 1700  
Burbank, CA 91505  
EBill via Legal Tracker

Atty No.: 00750  
Client ID: 51251  
Invoice: 480933

April 5, 2024  
Page 4

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/20/24 | Prepare evidentiary objections to plaintiff's evidence in opposition to summary judgment (1.4); prepare responses to plaintiff's stated issues of fact in opposition to summary judgment (4.2). | B. HUGHES | 5.60 | 2,884.00 |
| 03/20/24 | Draft damages section and introduction for brief (2.0); review sections of facts pertaining to J. Keiles and draft responses to same (1.2); review disputed facts for additional reply potential and draft notes to B. Hughes regarding same (0.9). | E. LACKMAN | 4.10 | 2,931.50 |
| 03/20/24 | Update docket and provide recent filings for B. Hughes | P. VEITZER | 0.20 | 56.00 |
| 03/21/24 | Prepare evidentiary objections to plaintiff's evidence in opposition to summary judgment (1.4); prepare responses to plaintiff's statement of genuine issues of fact in opposition to summary judgment (4.0). | B. HUGHES | 5.40 | 2,781.00 |
| 03/21/24 | Review Ocean New Media agreement and draft points for replies on specific allegations in fact statement (0.8); respond to follow up questions from B. Hughes on fact statements (0.3); review and revise Finlay declaration (0.4); advise on angles for responding to additional facts (0.4); review response to statement of facts and revise and comment on same (0.9). | E. LACKMAN | 2.90 | 2,073.50 |

⬙ msk

---

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                   Client ID: 51251
Suite 1700                                              Invoice: 480933
Burbank, CA 91505
EBill via Legal Tracker                                 April 5, 2024
                                                        Page 5

| 03/22/24 | Revise reply memorandum in support of motion for summary judgment (2.7); prepare response to defendant's statement of undisputed material facts (2.5); prepare reply declaration of J. Finlay (1.3); prepare reply declaration of B. Hughes (2.1). | B. HUGHES | 8.60 | 4,429.00 |
|---|---|---|---|---|
| 03/22/24 | Review and revise memo of law (0.9); review and revise Finlay declaration and counter-statement of facts (1.7); review and revise Hughes declaration and incorporate client comments to brief (0.3); conduct final check and review of memo of law and clean up same (0.4). | E. LACKMAN | 3.30 | 2,359.50 |
| 03/22/24 | Confer with B. Hughes re cite checking brief (1.0). | J. BERNARDINO | 1.00 | 300.00 |
| 03/22/24 | Review, analyze, cite check, and revise Motion (1.3). | J. BERNARDINO | 1.30 | 390.00 |

Total Fees:                                                          $36,616.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| E. LACKMAN | 13.20 | hours at | $715.00 | = | 9,438.00 |
| B. HUGHES | 50.80 | hours at | $515.00 | = | 26,162.00 |
| J. BERNARDINO | 3.20 | hours at | $300.00 | = | 960.00 |
| P. VEITZER | 0.20 | hours at | $280.00 | = | 56.00 |
| SUMMARY TOTALS | 67.40 | | | | 36,616.00 |

16420837.2

msk

---

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 480933

April 5, 2024
Page 6

**Costs Advanced and In-House Services:**

| | | |
|---|---|---|
| 03/12/24 | Deposition - Jason Keiles 2/21/24 | 664.00 |

Total Costs: $664.00

Total Fees & Costs: $37,280.00

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 480933

April 5, 2024

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 36,616.00 |
| Current Disbursements: | 664.00 |
| **Total Current Charges - This Invoice:** | **$37,280.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

16420837.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

**MSK**

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                     Atty No.: 00750
3900 W Alameda Avenue                               Client ID: 51251
Suite 1700                                          Invoice: 482330
Burbank, CA 91505
EBill via Legal Tracker                             May 6, 2024

**LEGAL SERVICES RENDERED** through April 30, 2024

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                    9,544.00
       Disbursements and charges per attached    924.00
                                                          10,468.00

       Total - current charges:                           10,468.00

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

**msk**

Vubiquity, Inc.                                        Atty No.: 00750
3900 W Alameda Avenue                                  Client ID: 51251
Suite 1700                                             Invoice: 482330
Burbank, CA 91505
EBill via Legal Tracker                                May 6, 2024
                                                       Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through April 30, 2024:**

| 04/01/24 | Evaluate plaintiff's motion for leave to file surreply (1.0); evaluate case authority on the presentation of new evidence in reply briefing (1.5); evaluate case authority on the admissibility of expert testimony on summary judgment (0.4); prepare opposition to plaintiff's motion for leave to file surreply (2.0). | B. HUGHES | 4.90 | 2,523.50 |
|---|---|---|---|---|
| 04/01/24 | Draft note to Z. Joseph regarding sur-reply and proposed response regarding same (0.2); review and revise letter to judge in response to plaintiff's belated motion for sur-reply (0.8). | E. LACKMAN | 1.00 | 715.00 |
| 04/02/24 | Prepare opposition to Plaintiff's sur-reply's sections on authentication of evidence (1.5); prepare opposition to Plaintiff's sur-reply's authority concerning expert testimony (1.5); analyze motion for summary judgment to counter allegations of "new" argument in sur-reply (0.6); prepare correspondence to the court concerning the motion for summary judgment hearing (0.4). | B. HUGHES | 4.00 | 2,060.00 |

⬗msk

---

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 482330
Burbank, CA 91505
EBill via Legal Tracker                            May 6, 2024
                                                   Page 3

| 04/02/24 | Check court order regarding hearing process; review and comment on preparation materials for hearing; review and revise formal form of opposition to motion for surreply. | E. LACKMAN | 1.40 | 1,001.00 |
| 04/03/24 | Prepare outline of infringement arguments in advance of summary judgment hearing (1.4); review cases cited in support of summary judgment on infringement (4.8). | B. HUGHES | 6.20 | 3,193.00 |
| 04/08/24 | Review court notice concerning letter to court (0.1). | B. HUGHES | 0.10 | 51.50 |

Total Fees:                                                              $9,544.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|------|------|------|------|------|
| E. LACKMAN | 2.40 | hours at | $715.00 | = | 1,716.00 |
| B. HUGHES | 15.20 | hours at | $515.00 | = | 7,828.00 |
| SUMMARY TOTALS | 17.60 | | | | 9,544.00 |

16502024.2

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 482330
Burbank, CA 91505
EBill via Legal Tracker                                  May 6, 2024
                                                         Page 4

**Costs Advanced and In-House Services:**

| | | |
|---|---|---|
| 04/30/24 | Deposition/Transcript of Jason Keiles, 2/21/24 - STENO | 664.00 |
| 04/30/24 | Word Processing | 260.00 |
| | Total Costs: | $924.00 |
| | Total Fees & Costs: | $10,468.00 |

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 482330

May 6, 2024

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 9,544.00 |
| Current Disbursements: | 924.00 |
| **Total Current Charges - This Invoice:** | **$10,468.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

16502024.2

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

## msk

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 437731
Burbank, CA 91505

                                                   August 30, 2021

**LEGAL SERVICES RENDERED** through July 31, 2021

Re:    LIV Worldwide Ltd.
       Matter Id: 202100017                        2,015.50
                                                             2,015.50
                                                   ─────────────

Total - current charges:                                     2,015.50

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

◈◈msk

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 437731

August 30, 2021
Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through July 31, 2021:**

| | | | | |
|---|---|---|---|---|
| 06/28/21 | Review incoming letter from LIV Worldwide to draft initial thoughts regarding same, draft note to I. Ballon regarding timing of response. | E LACKMAN | 0.50 | 347.50 |
| 07/19/21 | Follow up with client regarding LIV letter and potential approach for response. | E LACKMAN | 0.20 | 139.00 |
| 07/21/21 | Review letter for call with client; conference with client regarding response. | E LACKMAN | 0.70 | 486.50 |
| 07/26/21 | Review history of correspondence between the parties. | E LACKMAN | 0.40 | 278.00 |
| 07/27/21 | Draft letter in response to latest LIV missive. | E LACKMAN | 1.10 | 764.50 |

Total Fees:                                                                                     $2,015.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| E LACKMAN | 2.90   hours at   $695.00   = | | 2,015.50 |
| SUMMARY TOTALS | 2.90 | | 2,015.50 |

13461337.2

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 437731

August 30, 2021

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505

Atty No.: 00750
Client ID: 51251
Invoice: 437731

August 30, 2021

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 2,015.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,015.50** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Routing Number or ABA: | 121000248 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery, San Francisco, CA 94104 |
| Beneficiary Account No.: | 4159349430 |
| Beneficiary Account Name: | Mitchell Silberberg & Knupp LLP |
| For International Transfers: | Swift  BIC WFBIUS6WFFX |

For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 483975
Burbank, CA 91505
EBill via Legal Tracker                            June 14, 2024

**LEGAL SERVICES RENDERED** through May 31, 2024

Re:     LIV Worldwide Ltd.
        Matter Id: 202100017                    10,678.50
        Disbursements and charges per attached   1,730.10
                                                            12,408.60
                                                _____

        Total - current charges:                           12,408.60

2049 Century Park East, 18th Floor, Los Angeles, California   90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

msk

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 483975
Burbank, CA 91505
EBill via Legal Tracker                                  June 14, 2024
                                                         Page 2

**LIV Worldwide Ltd.**
**Matter Id: 202100017**

**Fees through May 31, 2024:**

| | | | | |
|---|---|---|---|---|
| 05/03/24 | Prepare notice of junior counsel conducting argument (0.6). | B. HUGHES | 0.60 | 309.00 |
| 05/07/24 | Review Ninth Circuit authority on copyright infringement in preparation for hearing on motion for summary judgment (1.0). | B. HUGHES | 1.00 | 515.00 |
| 05/09/24 | Confer with E. Lackman concerning hearing on motion for summary judgment (0.7); prepare for hearing on motion for summary judgment (4.0). | B. HUGHES | 4.70 | 2,420.50 |
| 05/09/24 | Review briefing in preparation for argument (1.0); prep call with B. Hughes (0.8). | E. LACKMAN | 1.80 | 1,287.00 |
| 05/10/24 | Attend hearing on motion for summary judgment (3.0). | B. HUGHES | 3.00 | 1,545.00 |
| 05/10/24 | Follow up on cases and review relevant facts in preparation for argument and outline same (2.4); appear in court and argue motion (2.3). | E. LACKMAN | 4.70 | 3,360.50 |
| 05/13/24 | Check dates; send note to plaintiff's counsel regarding adjournment of trial dates. | E. LACKMAN | 0.40 | 286.00 |
| 05/16/24 | Review and revise motion to continue. | E. LACKMAN | 0.20 | 143.00 |

16603396.2

⬙⬙msk

---

Vubiquity, Inc.                                    Atty No.: 00750
3900 W Alameda Avenue                              Client ID: 51251
Suite 1700                                         Invoice: 483975
Burbank, CA 91505
EBill via Legal Tracker                            June 14, 2024
                                                   Page 3

| | | | | |
|---|---|---|---|---|
| 05/24/24 | Prepare draft stiulation to extend trial dates (0.6). | B. HUGHES | 0.60 | 309.00 |
| 05/27/24 | Prepare stipulation to extend certain dates in light of motion for summary judgment ruling (0.7). | B. HUGHES | 0.70 | 360.50 |
| 05/28/24 | Review and provide edits on stipulation to extend trial dates. | E. LACKMAN | 0.20 | 143.00 |

Total Fees:                                                       $10,678.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| E. LACKMAN | 7.30 | hours at | $715.00 | = | 5,219.50 |
| B. HUGHES | 10.60 | hours at | $515.00 | = | 5,459.00 |
| SUMMARY TOTALS | 17.90 | | | | 10,678.50 |

**Costs Advanced and In-House Services:**

| | | |
|---|---|---|
| 05/22/24 | Deposition/Video of Kapil Bisht, 12/18/23 - ESQUIRE DEPOSITION SOLUTIONS LLC | 1,688.60 |
| 05/29/24 | Electronic Discovery & Litigation Support - PACER SERVICE CENTER - Public Access to Court Electronic Records | 41.50 |

Total Costs:                                                       $1,730.10

Total Fees & Costs:                                                $12,408.60

# msk

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.                                          Atty No.: 00750
3900 W Alameda Avenue                                    Client ID: 51251
Suite 1700                                               Invoice: 483975
Burbank, CA 91505
EBill via Legal Tracker                                  June 14, 2024

16603396.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538

# msk

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Vubiquity, Inc.
3900 W Alameda Avenue
Suite 1700
Burbank, CA 91505
EBill via Legal Tracker

Atty No.: 00750
Client ID: 51251
Invoice: 483975

June 14, 2024

# REMITTANCE
### (please include with payment)

| | |
|---|---|
| Current Fees: | 10,678.50 |
| Current Disbursements: | 1,730.10 |
| **Total Current Charges - This Invoice:** | **$12,408.60** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:                121000248
Bank Name:                              Wells Fargo Bank, N.A.
Bank Address:                          420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:              4159349430
Beneficiary Account Name:            Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:  Swift BIC WFBIUS6S
For International Transfers for payments in currencies other than USD:  Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address or mskbilling@msk.com.  Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ To receive future statements via email or to change the current email recipient, please contact our billing department (MSKBilling@msk.com). Please include account number.

16603396.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000        Fax: (310) 312-3100        TIN: 95-1883538

# EXHIBIT C

| Date | Invoice | Amount | Description |
|------|---------|--------|-------------|
| 10/09/23 | 473076 | $28.00 | Court Filing Service/eFiling - USDC, Los Angeles, 8/22/23 (FIRST LEGAL NETWORK) |
| 12/15/23 | 2680975 | $2,532.85 | Depostion/Transcript of Naddem Sham (ESQUIRE DEPOSITION SOLUTIONS) |
| 02/08/24 | 478329 | $2,313.80 | Deposition/Transcript of Alan Goedde, Ph.D., Vol. 1, 1/16/24 - (ESQUIRE DEPOSITION SOLUTIONS LLC) |
| 05/06/24 | 482330 | $664.00 | Deposition/Transcript of Jason Keiles, 2/21/24 - STENO |
| 06/14/24 | 483975 | $1,688.60 | Deposition/Video of Kapil Bisht, 12/18/23 - ESQUIRE DEPOSITION SOLUTIONS LLC |
| **Total** | | **$7,227.25** | |

Invoice ID: 0500-4202-3889

3/12/24, 3:24 PM                                        Invoice 903077

S T E N O                                                        Steno
                                                         PO BOX 22637
                                                     Pasadena, CA 91185-2637
                                                         (888) 707-8366

## Invoice 903077
Deposition - JASON KEILES (Feb 21, 2024)

| Bill to | Bill from |
|---------|-----------|
| ATTN: Eleanore Lackman | Steno Agency, Inc. |
| Mitchell Silberberg & Knupp | PO BOX 22637 |
| 2049 Century Park East | Pasadena, CA 91185-2637 |
| 18th Floor | (888) 707-8366 |
| Los Angeles, CA 90067 | |

**Case name:** LIVN WORLDWIDE LTD. v VUBIQUITY, INC.   **Invoice date:** 3/12/2024
**Case number:** 2:21-cv-09589-AB-KS   **Terms:** Net 30
**Job Id:** 859999   **Due date:** 4/11/2024
                    **Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Legal Support Services (Transcripts) | | $664.00 | 1 | $664.00 |
| | | | Total | $664.00 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $664.00 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

### Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/fvici4hm**

Please make checks payable to Steno.

Page 1 of 1

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV2676675**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/4/2024 | **Client Number** | C06583 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 2/3/2024 | **Proceeding Type** | Deposition |
| *By: Brandon E. Hughes, 5/3/24* | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 51251-00001 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**APPROVED**

*CM# 51251-00001*

**Bill To**
Mitchell Silberberg & Knupp - Los Angeles
2049 Century Park East
18th Floor
Los Angeles CA 90067

**Services Provided For**
Mitchell Silberberg & Knupp - Los Angeles
Hughes, Brandon E
2049 Century Park East
18th Floor
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/18/2023 | J10670458 | Los Angeles, CALIFORNIA | LIVN WORLDWIDE LTD., A MAURITIUS LIMITED COMPANY V. VU |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE-REM/TEL | Kapil Bisht | 2 | 220.00 | | $440.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Kapil Bisht | 1 | 150.00 | | $150.00 |
| TRANSCRIPT - O&1-EXP-VC | Kapil Bisht | 201 | 5.25 | | $1,055.25 |
| WORD INDEX | Kapil Bisht | 40 | 0.00 | | $0.00 |
| EXHIBITS W/TABS | Kapil Bisht | 61 | 0.35 | | $21.35 |
| E- EXHIBITS COLOR ORIG | Kapil Bisht | 22 | 1.00 | | $22.00 |
| CONDENSED TRANSCRIPT | Kapil Bisht | 1 | 0.00 | | $0.00 |
| DIGITAL TRANSCRIPT-PDF-PTX-SBF-XMEF-LEF | Kapil Bisht | 1 | 0.00 | | $0.00 |
| PROCESSING & COMPLIANCE | Kapil Bisht | 1 | 0.00 | | $0.00 |

| | |
|---|---|
| **Subtotal** | 1,688.60 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,688.60 |
| **Amount Due** | 1,688.60 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - Los Angeles*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Mitchell Silberberg & Knupp - Los Angeles |
| **Client #** | C06583 |
| **Invoice #** | INV2676675 |
| **Invoice Date** | 1/4/2024 |
| **Due Date** | 2/3/2024 |
| **Amount Due** | **$1,688.60** |

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* *INV2696222*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/30/2024 | **Client Number** | C06583 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 2/29/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 51251-00001 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

## 51251-00001 Approved by EML 1/31/24

**Bill To**
Mitchell Silberberg & Knupp - Los Angeles
2049 Century Park East
18th Floor
Los Angeles CA 90067

**Services Provided For**
Mitchell Silberberg & Knupp - Los Angeles
Lackman, Eleanor M
2049 Century Park East
18th Floor
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/16/2024 | J10783842 | Los Angeles, CALIFORNIA | LIVN WORLDWIDE LTD., A MAURITIUS LIMITED COMPANY V. VU |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VC ZOOM | ALAN GOEDDE, PH.D.- VOL.1 | 1 | 150.00 | | $150.00 |
| APP FEE-REM/TEL | ALAN GOEDDE, PH.D.- VOL.1 | 2 | 177.50 | | $355.00 |
| TRANSCRIPT - O&1-EXP-VC-WI-MIN TRAN | ALAN GOEDDE, PH.D.- VOL.1 | 251 | 5.25 | | $1,317.75 |
| E-EXHIBITS 8.5x11(14) BW ORIG | ALAN GOEDDE, PH.D.- VOL.1 | 105 | 0.35 | | $36.75 |
| E- EXHIBITS COLOR ORIG | ALAN GOEDDE, PH.D.- VOL.1 | 21 | 1.00 | | $21.00 |
| EXHIBITS TABS | ALAN GOEDDE, PH.D.- VOL.1 | 8 | 0.35 | | $2.80 |
| ROUGH ASCII | | 246 | 1.75 | | $430.50 |
| LITIGATION SUPPORT-PDF-PTX-SBF-XMEF-LEF | ALAN GOEDDE, PH.D.- VOL.1 | 1 | 0.00 | | $0.00 |
| CONDENSED-ORIGINAL | ALAN GOEDDE, PH.D.- VOL.1 | 1 | 0.00 | | $0.00 |
| PROCESSING & COMPLIANCE | ALAN GOEDDE, PH.D.- VOL.1 | 1 | 0.00 | | $0.00 |

| | |
|---|---|
| **Subtotal** | 2,313.80 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,313.80 |
| **Amount Due** | 2,313.80 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - Los Angeles*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now



*Invoice* **INV2696222**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/30/2024 | **Client Number** | C06583 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 2/29/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 51251-00001 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Mitchell Silberberg & Knupp - Los Angeles |
| **Client #** | C06583 |
| **Invoice #** | INV2696222 |
| **Invoice Date** | 1/30/2024 |
| **Due Date** | 2/29/2024 |
| **Amount Due** | **$2,313.80** |



**First Legal Network, LLC**

P.O. Box 743451

Los Angeles CA 90074-3451

```
    5416260      8/22/23      09:10   Mitchell Silberberg & Knupp LLP      Csr: 105
CONTROL NUMBER
PICKUP                                  DELIVER
Mitchell Silberberg & Knupp LLP     UNITED STATES DISTRICT COURT      Base            28.00
2049 Century Park East    18th Fl  350 WEST 1ST ST          CRTRM.7   Return
LOS ANGELES       CA 90067         LOS ANGELES      CA 90012          Wait
See: Jose Ramire                   See: JUDGE BIROT                   Weight
Req: Suguey Melara                                                    PDF/Ship
Svce: PDF COURTESY DELIVERY              DELIVER COPIES TO            Atmpt/Addr
Acct:  2084                              JUDGE BIROTTE                Research
Ref: 51251-00001                         BEFORE NOON TODAY            Misc
                                                                      Fuel Chg
Sign: DEL TO AB                11:55                                  Adv.Fee
Case#:21-cv-09589-AB-                                                 Check Chg
CName:LIVN Worldwide Ltd V Vubiquity Inc.,    Pcs:  18
Docs:MTN TO STAY, DECLARATION OF ELEANOR                             Total            28.00
```

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV2675532**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/3/2024 | **Client Number** | C06583 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 2/2/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 51251-00001 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Mitchell Silberberg & Knupp - Los Angeles
2049 Century Park East
18th Floor
Los Angeles CA 90067

**Services Provided For**
Mitchell Silberberg & Knupp - Los Angeles
Hughes, Brandon E
2049 Century Park East
18th Floor
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/15/2023 | J10656411 | Los Angeles, CALIFORNIA | LIVN WORLDWIDE LTD., A MAURITIUS LIMITED COMPANY V. VU |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE-REM/TEL | Muhammad Nadeem Sham | 2 | 220.00 | | $440.00 |
| TRANSCRIPT - O&1-VC | Muhammad Nadeem Sham | 161 | 5.25 | | $845.25 |
| WORD INDEX | Muhammad Nadeem Sham | 52 | 0.00 | | $0.00 |
| EXHIBITS W/TABS | Muhammad Nadeem Sham | 136 | 0.35 | | $47.60 |
| CONDENSED TRANSCRIPT | Muhammad Nadeem Sham | 1 | 0.00 | | $0.00 |
| DIGITAL TRANSCRIPT-PDF-PTX-SBF-XMEF-LEF | Muhammad Nadeem Sham | 1 | 0.00 | | $0.00 |
| PROCESSING & COMPLIANCE | Muhammad Nadeem Sham | 1 | 0.00 | | $0.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Muhammad Nadeem Sham | 1 | 150.00 | | $150.00 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - Los Angeles*

| | |
|---|---|
| **Subtotal** | 1,482.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,482.85 |
| **Amount Due** | 1,482.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now



*Invoice*  *INV2675532*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/3/2024 |
| **Terms** | Net 30 |
| **Due Date** | 2/2/2024 |

| | |
|---|---|
| **Client Number** | C06583 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | 51251-00001 |
| **Client VAL ID** | |
| **Date of Loss** | |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Mitchell Silberberg & Knupp - Los Angeles |
| **Client #** | C06583 |
| **Invoice #** | INV2675532 |
| **Invoice Date** | 1/3/2024 |
| **Due Date** | 2/2/2024 |
| **Amount Due** | **$1,482.85** |

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV2680975**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/9/2024 |
| **Terms** | Net 30 |
| **Due Date** | 2/8/2024 |

| | |
|---|---|
| **Client Number** | C06583 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | 51251-00001 |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Mitchell Silberberg & Knupp - Los Angeles
2049 Century Park East
18th Floor
Los Angeles CA 90067

**Services Provided For**
Mitchell Silberberg & Knupp - Los Angeles
Hughes, Brandon E
2049 Century Park East
18th Floor
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/15/2023 | J10656411 | Los Angeles, CALIFORNIA | LIVN WORLDWIDE LTD., A MAURITIUS LIMITED COMPANY V. VU |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE-REM/TEL | Muhammad Nadeem Sham | 2 | 220.00 | | $440.00 |
| TRANSCRIPT - O&1-WI | Muhammad Nadeem Sham | 261 | 5.25 | | $1,370.25 |
| WORD INDEX | Muhammad Nadeem Sham | 52 | 0.00 | | $0.00 |
| EXHIBITS W/TABS | Muhammad Nadeem Sham | 136 | 0.35 | | $47.60 |
| CONDENSED TRANSCRIPT | Muhammad Nadeem Sham | 1 | 0.00 | | $0.00 |
| DIGITAL TRANSCRIPT-PDF-PTX-SBF-XMEF-LEF | Muhammad Nadeem Sham | 1 | 0.00 | | $0.00 |
| PROCESSING & COMPLIANCE | Muhammad Nadeem Sham | 1 | 0.00 | | $0.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Muhammad Nadeem Sham | 1 | 150.00 | | $150.00 |
| This invoice replaces INV2675532 | | 1 | 0.00 | | $0.00 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - Los Angeles*

| | |
|---|---|
| **Subtotal** | 2,007.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,007.85 |
| **Amount Due** | 2,007.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now



*Invoice* **INV2680975**

**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/9/2024 | **Client Number** | C06583 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 2/8/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 51251-00001 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Mitchell Silberberg & Knupp - Los Angeles |
| **Client #** | C06583 |
| **Invoice #** | INV2680975 |
| **Invoice Date** | 1/9/2024 |
| **Due Date** | 2/8/2024 |
| **Amount Due** | **$2,007.85** |

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV2681023**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/9/2024 |
| **Terms** | Net 30 |
| **Due Date** | 2/8/2024 |

| | |
|---|---|
| **Client Number** | C06583 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | 51251-00001 |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Mitchell Silberberg & Knupp - Los Angeles
2049 Century Park East
18th Floor
Los Angeles CA 90067

**Services Provided For**
Mitchell Silberberg & Knupp - Los Angeles
Hughes, Brandon E
2049 Century Park East
18th Floor
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/15/2023 | J10656411 | Los Angeles, CALIFORNIA | LIVN WORLDWIDE LTD., A MAURITIUS LIMITED COMPANY V. VU |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - O&1-VC<br><br>Page count incorrect on initial invoice<br>Corrected count included on this invoice | Muhammad Nadeem Sham | | 2.01 | | $525.00 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - Los Angeles*

| | |
|---|---|
| **Subtotal** | 525.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $525.00 |
| **Amount Due** | 525.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Mitchell Silberberg & Knupp - Los Angeles |
| **Client #** | C06583 |
| **Invoice #** | INV2681023 |
| **Invoice Date** | 1/9/2024 |
| **Due Date** | 2/8/2024 |
| **Amount Due** | **$525.00** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is ldm@msk.com.

On **June 26, 2024,** I served a copy of the foregoing document(s) described as **DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF VUBIQUITY'S MOTION FOR ATTORNEYS' FEES AND COSTS** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| **THOITS LAW**<br>David Sarfati<br>John Van Loben<br>Brittany Nobels<br>400 Main St #250,<br>Los Altos, CA 94022<br>E-Mail: JvanLobenSels@thoits.com<br>          DSarfati@thoits.com<br>          BNobles@thoits.com | Attorneys for Plaintiff<br>LIVN Worldwide Ltd. |

☐ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☑ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the date indicated herein, on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **June 26, 2024**, at Los Angeles, California.

/s/ Latoya Mckoy
_____
Latoya Mckoy

Mitchell
Silberberg &
Knupp LLP