JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIVN Worldwide Ltd., a Mauritius limited company,<br><br>Plaintiff,<br><br>v.<br><br>Vubiquity Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-09589-AB-KS<br><br>Honorable André Birotte Jr.<br><br>**JUDGMENT** |

On May 10, 2024, the Motion, brought by Defendant Vubiquity, Inc. ("Defendant") for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter judgment in favor of Defendant and dismiss with prejudice Plaintiff LIVN Worldwide Ltd.'s ("Plaintiff") Second Amended Complaint (ECF 33) in its entirety, came on regularly for hearing, in Courtroom 7B of this Court, the Honorable André Birotte Jr. presiding.

After full consideration of the evidence, and the moving, opposition, and reply papers, and the argument of counsel, the Court finds that the undisputed facts confirm that Plaintiff's claims should be dismissed and Defendant's Motion should be granted.

After full consideration of the evidence, and the moving, opposition, reply, and briefing on Defendant's Motion for reconsideration, the Court finds that Defendant's Motion for Attorneys' Fees (ECF 115) should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**:

1. **FINAL JUDGMENT** is entered in favor of Defendant;
2. Plaintiff shall recover nothing from Defendant by way of Plaintiff's Second Amended Complaint;
3. Pursuant to Fed. R. Civ. P. 68 and the Offer of Judgment served on Plaintiff on January 12, 2023, Defendant shall be awarded its costs running from January 12, 2023, in an amount to be taxed by the Clerk of the Court; and
4. Apart from the foregoing, this action shall be, and is hereby, dismissed with prejudice.

SO ORDERED.

Dated: April 24, 2025

_____
Hon. André Birotte Jr.
United States District Judge